**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of New Jersey
(State)

Case number (*If known*): _____ Chapter 7

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual                              12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

---

**Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed**

1. **Chapter of the Bankruptcy Code**

   *Check one:*

   ☒ Chapter 7
   ☐ Chapter 11

**Part 2: Identify the Debtor**

2. **Debtor's name**

   Health Tech Harbor, Inc.

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed names, trade names, or *doing business as* names.

4. **Debtor's federal Employer Identification Number (EIN)**

   ☐ Unknown

   4 7 – 3 0 7 4 9 0 7
   EIN

5. **Debtor's address**

   **Principal place of business**

   225    Valley Boulevard
   Number    Street

   Attn: Lawrence H. Margolis

   Wood-Ridge        NJ    07075
   City              State ZIP Code

   Bergen
   County

   **Mailing address, if different**

   20    Murray Hill Parkway, Suite 210
   Number    Street

   _____
   P.O. Box

   East Rutherford       NJ    07073
   City              State ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number    Street

   _____
   City              State ZIP Code

---

Official Form 205          Involuntary Petition Against a Non-Individual          page 1

Debtor   Health Tech Harbor, Inc.                                    Case number (*if known*)_____
         ―――――――――――――――――――
         Name

---

**6. Debtor's website** (URL)    www.htharbor.com

---

**7. Type of debtor**

- ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding LLP)
- ☐ Other type of debtor. Specify: _____

---

**8. Type of debtor's business**

*Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the types of business listed.
- ☐ Unknown type of business.

---

**9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**

- ☒ No
- ☐ Yes. Debtor _____   Relationship _____

    District _____ Date filed _____ Case number, if known _____
                                  MM / DD / YYYY

    Debtor _____   Relationship _____

    District _____ Date filed _____ Case number, if known _____
                                  MM / DD / YYYY

---

### Part 3: Report About the Case

**10. Venue**

*Check one:*

- ☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked*:

- ☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
- ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

- ☒ No
- ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

---

Debtor  Health Tech Harbor, Inc.  
     Name

Case number (*if known*) _____

| 13. Each petitioner's claim | Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|---|
| | Annette Catino | Promissory Notes | $ 350,000.00 |
| | Ramachandra Malya | Promissory Notes | $ 505,000.00 |
| | John Lloyd | Promissory Notes | $ 250,000.00 |
| | | Total of petitioners' claims | $ 4,605,000.00 |

**If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.**

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

| **Petitioners or Petitioners' Representative** | **Attorneys** |
|---|---|
| **Name and mailing address of petitioner** | |
| Annette Catino | Jeffrey T. Testa; Gregory J. Mascitti |
| Name | Printed name |
| 33981   North 105th Way | McCarter & English, LLP |
| Number   Street | Firm name, if any |
| Scottsdale    AZ    85262 | Four Gateway Center, 100 Mulberry Street |
| City    State    ZIP Code | Number    Street |
| | Newark    NJ    07102 |
| **Name and mailing address of petitioner's representative, if any** | City    State    ZIP Code |
| Name | Contact phone (973) 639-7939   Email jtesta@mccarter.com |
| Number   Street | Bar number  006071999 |
| City    State    ZIP Code | State  NJ |
| I declare under penalty of perjury that the foregoing is true and correct. | |
| Executed on 07/29/2020 | ✘ /s/ Jeffrey T. Testa |
| MM / DD / YYYY | Signature of attorney |
| ✘ /s/ Annette Catino | Date signed 07/29/2020 |
| Signature of petitioner or representative, including representative's title | MM / DD / YYYY |

Debtor  Health Tech Harbor, Inc.  
     Name

Case number (*if known*) _____

---

**Name and mailing address of petitioner**

Ramachandra Malya  
Name

247 Piney Point Road  
Number    Street

Houston      TX      77023  
City      State      ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____  
Name

_____  
Number    Street

_____  
City    State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  07/29/2020  
     MM / DD / YYYY

✘ /s/ Ramachandra Malya  
Signature of petitioner or representative, including representative's title

---

Jeffrey T. Testa; Gregory J. Mascitti  
Printed name

McCarter & English, LLP  
Firm name, if any

Four Gateway Center, 100 Mulberry Street  
Number    Street

Newark      NJ      07102  
City      State      ZIP Code

Contact phone  (973) 639-7939   Email  jtesta@mccarter.com

Bar number  006071999

State  NJ

✘ /s/ Jeffrey T. Testa  
Signature of attorney

Date signed  07/29/2020  
     MM / DD / YYYY

---

**Name and mailing address of petitioner**

John Lloyd  
Name

11    Mohawk Avenue  
Number    Street

Oceanport      NJ      07757  
City      State      ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____  
Name

_____  
Number    Street

_____  
City    State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  07/29/2020  
     MM / DD / YYYY

✘ /s/ John Lloyd  
Signature of petitioner or representative, including representative's title

---

Jeffrey T. Testa; Gregory J. Mascitti  
Printed name

McCarter & English, LLP  
Firm name, if any

Four Gateway Center, 100 Mulberry Street  
Number    Street

Newark      NJ      07102  
City      State      ZIP Code

Contact phone  (973) 639-7939   Email  jtesta@mccarter.com

Bar number  006071999

State  NJ

✘ /s/ Jeffrey T. Testa  
Signature of attorney

Date signed  07/29/2020  
     MM / DD / YYYY

---

Debtor:    Health Tech Harbor, Inc.          Case number *(if known)*

| Name of Petitioner | Nature of Petitioner's Claim | Amount of the claim above the value of the any lien |
|---|---|---|
| Whealthcare LLC | Promissory Notes | $3,500,000.00 |

| Petitioners or Petitioners' Representative | Attorneys |
|---|---|
| **Name and mailing address of petitioner**<br><br>Whealthcare LLC<br>212 E. Timbers Street #170<br>Houston, TX 77022<br><br>**Name and mailing address of petitioner's representative, if any**<br><br>Ramachandra Malya<br>212 E. Timbers Street #170<br>Houston, TX 77022<br><br>I declare under penalty of perjury that the foregoing is true and correct.<br><br>Executed on  07/29/2020<br><br><br>X  /s/ Ramachandra Malya, Chief Executive Officer<br>Signature of petitioner or representative, including representative's title | <br><br>Jeffrey T. Testa; Gregory J. Mascitti<br>McCarter & English, LLP<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, NJ 07102<br><br>Contact phone: (973) 639-7939<br><br>Email: jtesta@mccarter.com<br><br>Bar number: 006071999<br><br>State:  NJ<br><br><br>***X** /s/ Jeffrey T. Testa*<br>Signature of attorney<br><br>Date signed:  07/29/2020 |

ME1 33934571v.1

# CORPORATE OWNERSHIP STATEMENT
# OF PETITIONING CREDITOR WHEALTHCARE LLC

Pursuant to Rule 1010(b) of the Federal Rules of Bankruptcy Procedure, Whealthcare LLC, as petitioning creditor, respectfully represents that Lotus LCM, Inc. owns 10.6% of its membership units.

# DECLARATION UNDER PENALTY OF PERJURY

I, Ramachandra Malya, the undersigned authorized person on behalf of Whealthcare LLC, declare under penalty of perjury that I have read the foregoing Corporate Ownership Statement and that the statement is true and correct to the best of my information and belief.

Date: July 29, 2020

*/s/ Ramachandra Malya*
By:    Ramachandra Malya
Title:    Chief Executive Officer