UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Gregory S. Kinoian, Esq. (GK-7386)
Gregory Kinoian Law LLC
Tel:    (201) 741-6341
Email: gkinoian@gmail.com
Of Counsel to
Aboyoun Dobbs LLC
77 Bloomfield Avenue
Pine Brook, NJ 07058
Tel:    (973) 575-9600
Fax:    (973) 575-1925

*Counsel to Alleged Debtor,*
*Health Tech Harbor, Inc.*

In re:

HEALTH TECH HARBOR, INC.

        Alleged Debtor.

Involuntary Chapter 7

Case No. 20-19017 (RG)

Order Filed on October 22, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## <u>MEDIATION ORDER</u>

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: October 22, 2020**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

It having been determined that mediation may produce a mutually agreeable resolution of all or some of the issues between the parties, and the parties having agreed to the selection of a mediator, Morris S. Bauer, Esq., it is ORDERED, that the parties will make a good faith attempt to settle this action through mediation and will attend, personally or through a representative with authority to negotiate and settle the disputes, all sessions scheduled by the mediator; Morris S. Bauer, Esq. is appointed to serve as a mediator in this matter whose address is Norris McLaughlin, P.A., 400 Crossing Boulevard, 8th Floor, Bridgewater, NJ 08807-5933.

It is further ORDERED, that

D.N.J. LBR 9019-1 and 9019-2, as well as the following terms and guidelines will govern the mediation process between the parties:

1.     The Alleged Debtor shall immediately serve the designated mediator with a copy of the *Mediation Order*.

2.     Promptly after receiving the *Mediation Order*, the mediator must determine whether there is a basis for disqualification or whether the mediator is unable to serve for any other reason.

3.     Upon entry of this Order, the parties must promptly contact the mediator to schedule the organizational telephone conference required by D.N.J. LBR 9019-2(d).

4.     The scheduling and location of all mediation sessions will be determined by the mediator; however, the mediation must commence not later than 60 days after the entry of this order, unless extended by further court order.

5.     The parties will compensate the mediator at the rate of $400 per hour with an advance retainer of $2,000.  The parties have agreed to share the mediator's fees and retainer as follows: the Alleged Debtor two-thirds (2/3); the Petitioning Creditors one-third (1/3).  The fee is due not later than 30 days after presentation of the mediator's invoice.  Either the mediator or a party to the mediation may bring a motion to enforce the parties' payment obligations under this Order.

6.     The mediator has the right to terminate this mediation at any time, for any reason, by providing written notice to counsel for all parties.

7.     Not later than seven (7) days after the conclusion of the mediation, the mediator must file Local Form, *Mediation Report*.