CULLEN AND DYKMAN LLP
100 Quentin Roosevelt Blvd.
Garden City, New York  11530
(516) 357-3700
Matthew G. Roseman, Esq.
Bonnie L. Pollack, Esq

**Order Filed on January 21, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Attorneys for *Certain Petitioning Creditors*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

-------------------------------------------------------------

In re:                                                          )          Chapter 7
                                                                )
HEALTH TECH HARBOR, INC.,                )
                                                                )          Case No. 20-19017 (RG)
                                                                )
                            Alleged Debtor.          )
-------------------------------------------------------------

## CONSENT ORDER APPROVING STIPULATION
## <u>RESOLVING MOTION TO DISMISS INVOLUNTARY PETITION</u>

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED.**

**DATED: January 21, 2021**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtors:        Health Tech Harbor, Inc.

Case No.:       20-19017 (RG)

Caption of Order:      Consent Order Approving Stipulation Resolving Motion to Dismiss
                       Involuntary Petition

_____

     **THIS MATTER** having come before the Court upon the Motion by Alleged Debtor to
Dismiss Involuntary Chapter 7 Petition, Request for Entry of Joint Scheduling Order, Among
Other Things, Scheduling an Evidentiary Hearing and Granting Other Relief (the "Motion"), and
the Stipulation Resolving Motion to Dismiss Involuntary Petition (the "Stipulation"), consented
to by, among others, the Alleged Debtor and the Petitioning Creditors, and the Court finding
good cause for the entry of the within Order.

     **IT IS HEREBY:**

     **ORDERED,** that the Stipulation, a copy of which is attached hereto, is hereby approved
in all respects.