# Gregory Kinoian Law LLC

8-15 Elaine Terrace
Fair Lawn, NJ 07410-5709
(201) 741-6341 (voice or text)
gkinoian@gmail.com

Of Counsel to
## Aboyoun Dobbs LLC
77 Bloomfield Avenue
Pine Brook, NJ 07058
Tel:    (973) 575-9600
Fax:    (973) 575-1925

July 9, 2021

**By CM-ECF and E-Mail chambers_of_rg@njb.uscourts.gov**

The Honorable Rosemary Gambardella
United States Bankruptcy Judge
United States Bankruptcy Court
for the District of New Jersey
50 Walnut Street, 3rd Floor
Courtroom 3E
Newark, New Jersey 07102

**Re:    In re Health Tech Harbor, Inc., Involuntary Chapter 7
Case No. 20-19017 (RG)**

**Revised Proposed Order Amending Mediation Order**

Dear Judge Gambardella:

With the consent of counsel to Han Benefit Advantage Inc. ("BenAdvance") and DNG Pharmacy Inc. ("PRX"), we respectfully request entry of the enclosed proposed Order Amending Mediation Order. The parties revised paragraph 5 to conform to Your Honor's direction during this morning's conference call.

Thank you for your patience and direction.


Respectfully yours,

*/s/ Gregory S. Kinoian*

Gregory S. Kinoian
(Member of NJ and NY Bars)

# Gregory Kinoian Law LLC
Of Counsel to
Aboyoun Dobbs LLC

Hon. Rosemary Gambardella
July 9, 2021
Page 2 of 2

Enclosure

cc:    (All by e-mail with enclosure)
      Counsel to BenAdvance
          Joseph J. DiPasquale, Esq.
          Kevin J. Harrington, Esq.
      Counsel to Majority of Petitioning Creditors
          Bonnie Pollack, Esq.
          Matthew Rosenman, Esq.
      Counsel to PRX
          Daniel M. Stolz, Esq.
      Court Appointed Mediator
          Morris Bauer, Esq.