CULLEN AND DYKMAN LLP
100 Quentin Roosevelt Blvd.
Garden City, New York  11530
(516) 357-3700
Matthew G. Roseman, Esq.
Bonnie L. Pollack, Esq

Attorneys for *Certain Petitioning Creditors*

Order Filed on July 22, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

----------------------------------------------------------
In re:                                           )    Chapter 7
                                                 )
HEALTH TECH HARBOR, INC.,                        )
                                                 )    Case No. 20-19017 (RG)
                                                 )
         Alleged Debtor.                         )
----------------------------------------------------------

## ORDER FOR RELIEF IN INVOLUNTARY CASE

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED.**

**DATED: July 22, 2021**

*/s/ Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

2012438

Debtors: Health Tech Harbor, Inc.

Case No.: 20-19017 (RG)

Caption of Order: Order For Relief in Involuntary Case

---

In consideration of the petition filed on July 29, 2020 against the above-named debtor, and all of the papers and pleadings heretofore filed herein, an order for relief under chapter 7 of title 11 of the United States Code is granted.

The deadlines set forth under Fed. R. Bank. P. 1007(a)(2), 1007(c) and 2016(b) are hereby extended to August 10, 2021.

2012438