**Fill in this information to identify the case:**

Debtor name ___Health Tech Harbor Inc._____

United States Bankruptcy Court for the: _____ District of __NJ___
(State)

Case number (If known): ___20-19017 (RG)___

☐ Check if this is an
amended filing

Official Form 206Sum
# Summary of Assets and Liabilities for Non-Individuals
**12/15**

## Part 1: Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*............................................................
   $ _____ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*...........................................................
   $ 11,130,643.00

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*............................................................
   $ 11,130,643.00

## Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*............................................
   $ _____ 0.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*......................................................................
   $ _____ 29,000.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*......................................................
   + $ 13,379,336.42

4. **Total liabilities**................................................................................................................
   Lines 2 + 3a + 3b
   $ 13,408,336.42

**Fill in this information to identify the case:**

Debtor name  Health Tech Harbor Inc.

United States Bankruptcy Court for the:_____ District of  NJ
                                                                   (State)

Case number (If known):  20-19017 (RG)

☐ Check if this is an
amended filing

*Type text here*

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☑ No. Go to Part 2.
   ☐ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**    $_____0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | JP Morgan Chase | Savings | 9  0  3  2 | $_____-282.00 |
| 3.2. | | | ___ ___ ___ ___ | $_____0.00 |
| 3.3 | | | | |

4. **Other cash equivalents** *(Identify all)*

| 4.1. | _____ | $_____0.00 |
|---|---|---|
| 4.2. | _____ | $_____0.00 |

5. **Total of Part 1**    $_____-282.00

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:    Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

| 7.1. | _____ | $_____ |
|---|---|---|
| 7.2. | _____ | $_____ |

| Debtor | Health Tech Harbor Inc. | Case number (if known) 20-19017 (RG) |
|---|---|---|
| | Name | |

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. _____ $_____

8.2. _____ $_____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.       $_____

---

**Part 3:**    **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

**11. Accounts receivable**

11a. 90 days old or less: _____0.00_____ – _____0.00_____ = .......➔ $_____
                 face amount       doubtful or uncollectible accounts

11b. Over 90 days old: _____50,000.00_____ – _____0.00_____ = .......➔(SEE ATTACHED) $_____50,000.00
                 face amount       doubtful or uncollectible accounts

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.       $_____50,000.00

---

**Part 4:**    **Investments**

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

|  | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____   _____   $_____

14.2. _____   _____   $_____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:            % of ownership:

15.1. _____ _____%   _____   $_____

15.2. _____ _____%   _____   $_____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1. _____   _____   $_____

16.2. _____   _____   $_____

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.       $_____

---

Debtor    Health Tech Harbor Inc.                                                    Case number (if known) 20-19017 (RG)
          Name

| Part 5: | Inventory, excluding agriculture assets |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | MM / DD / YYYY | $ | | $ |
| 20. **Work in progress** | MM / DD / YYYY | $ | | $ |
| 21. **Finished goods, including goods held for resale** | MM / DD / YYYY | $ | | $ |
| 22. **Other inventory or supplies** | MM / DD / YYYY | $ | | $ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.                                                                  $

24. **Is any of the property listed in Part 5 perishable?**
☐ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes. Book value _____    Valuation method_____    Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | $ | | $ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish | $ | | $ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | $ | | $ |
| 31. **Farm and fishing supplies, chemicals, and feed** | $ | | $ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | $ | | $ |

Debtor    Health Tech Harbor Inc.                                                    Case number *(if known)*  20-19017 (RG)
              Name

**33. Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.                                                $_____

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

   ☐ No

   ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____   Valuation method _____   Current value $_____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| **Part 7:** | Office furniture, fixtures, and equipment; and collectibles |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** <br> _____ | $_____ | _____ | $_____ |
| **40. Office fixtures** <br> _____ | $_____ | _____ | $_____ |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** <br> _____ | $_____ | _____ | $_____ |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | $_____ |

**43. Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.                                                $_____

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor    Health Tech Harbor Inc._____    Case number (if known)_____
                Name

---

**Part 8:    Machinery, equipment, and vehicles**

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |
| 48.  **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |
| 49.  **Aircraft and accessories** | | | |
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |
| 50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| _____ | $_____ | _____ | $_____ |

51.  **Total of Part 8.**
     Add lines 47 through 50. Copy the total to line 87.                                            $_____

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
     ☐ No
     ☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
     ☐ No
     ☐ Yes

Debtor    Health Tech Harbor Inc.    Case number (if known) 20-19017 (RG)
Name

---

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**
☐ No. Go to Part 10.
☒ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 20 Murray Hill Parkway suite 210<br>East Rutherford, NJ 07073 | Sub Lease | $ None | None | $ 0.00 |
| 55.2 | | $ | | $ |
| 55.3 | | $ | | $ |
| 55.4 | | $ | | $ |
| 55.5 | | $ | | $ |
| 55.6 | | $ | | $ |

56. **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☒ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☒ No
☐ Yes

---

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**
☐ No. Go to Part 11.
☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>None | $ 0.00 | | $ 0.00 |
| 61. **Internet domain names and websites**<br>HTHarbor.com-Domain Name | $ 0.00 | | $ 25.00 |
| 62. **Licenses, franchises, and royalties**<br>None | $ 0.00 | | $ 0.00 |
| 63. **Customer lists, mailing lists, or other compilations**<br>None | $ 0.00 | | $ 0.00 |
| 64. **Other intangibles, or intellectual property**<br>None | $ 0.00 | | $ 0.00 |
| 65. **Goodwill**<br>None | $ 0.00 | | $ 0.00 |

66. **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

$ 25.00

---

Debtor    Health Tech Harbor Inc.    Case number *(if known)*  20-19017 (RG)
_____
Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

| **Part 11:** | **All other assets** |

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

|  |  |  |  | **Current value of debtor's interest** |
|---|---|---|---|---|

71. **Notes receivable**

DGN Pharmacy Inc.     7,668,600.00
BenAdvance            2,16,4771.00
Health Alliance       47,554.00

Description (include name of obligor)

(SEE ATTACHED)    9,9880,925.00 − _____ 0.00 = ➔    $ _____ 9,880,925.00

Total face amount        doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

None _____    Tax year _____    $ _____ 0.00

None _____    Tax year _____    $ _____ 0.00

None _____    Tax year _____    $ _____ 0.00

73. **Interests in insurance policies or annuities**

None _____    $ _____ 0.00

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

(SEE ATTACHED) _____    $ (SEE ATTACHED)

**Nature of claim**    _____

**Amount requested**    $ _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

(SEE ATTACHED) _____    $ _____ 1,200,000.00

**Nature of claim**    _____

**Amount requested**    $ _____

76. **Trusts, equitable or future interests in property**

None _____    $ _____ 0.00

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

None _____    $ _____ 0.00

_____    $ _____ 0.00

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.    $ _____ 11,080,925.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor    Health Tech Harbor Inc. _____    Case number *(if known)* 20-19017 (RG)
          Name

| **Part 12:** | **Summary** |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ -282.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 50,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ..................................➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 25.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | **+** $ 11,080,925.00 | |
| 91. **Total.** Add lines 80 through 90 for each column............................... 91a. | $ 11,130,643.00 | **+** 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. .................................................................    $ 11,130,643.00

**Debtor:**    **Health Tech Harbor, Inc.**
**Court:**    **United States Bankruptcy Court for the District of New Jersey**
**Case No.**    **20-19017 (RG) Ch. 7**

## ATTACHMENT TO OFFICIAL FORM 206A/B

### Schedule A/B: Assets – Real and Personal Property

## Part 3

### Item 11b. (Page 2)

Account Receivable due to Health Tech Harbor, Inc.

| Account Debtor: | Amount Due: |
|---|---|
| Han Alliance Group<br>ATTN:  Anthony Milone<br>411 Theodore Fremd Avenue<br>Rye, NY 10580 | $50,000.00 |

## Part 11

### Item 71 (Page 7)

Notes Receivable due to Health Tech Harbor, Inc.

| Obligor: | Amount Due: |
|---|---|
| DGN Pharmacy, Inc. (d/b/a PersonalRX)<br>ATTN:  Lawrence Margolis<br>20 Murray Hill Parkway<br>Suite 210<br>East Rutherford, NJ 08872 | $7,668,600.00 |
| Han Benefit Advantage, Inc. (d/b/a BenAdvance)<br>ATTN:  Anthony Milone<br>411 Theodore Fremd Avenue<br>Rye, NY 10580 | $2,164,771.00 |
| Health Alliance (HAN)<br>ATTN:  Anthony Milone<br>411 Theodore Fremd Avenue<br>Rye, NY 10580 | $47,554.00 |

**Debtor:**      **Health Tech Harbor, Inc.**
**Court:**       **United States Bankruptcy Court for the District of New Jersey**
**Case No.**     **20-19017 (RG) Ch. 7**

## ATTACHMENT TO OFFICIAL FORM 206A/B

### Schedule A/B: Assets – Real and Personal Property

### Item 74 (Page 7)

Causes of action against third parties (whether or not a lawsuit has been filed)

| Obligor | Amount Due: |
|---|---|
| Han Alliance Group<br>ATTN:  Anthony Milone<br>411 Theodore Fremd Avenue<br>Rye, NY 10580 | $50,000.00 |
| DGN Pharmacy, Inc. (d/b/a PersonalRX)<br>ATTN:  Lawrence Margolis<br>20 Murray Hill Parkway<br>Suite 210<br>East Rutherford, NJ 08872 | $7,668,600.00 |
| Han Benefit Advantage, Inc. (d/b/a<br>BenAdvance)<br>ATTN:  Anthony Milone<br>411 Theodore Fremd Avenue<br>Rye, NY 10580<br><br>**See** Adv. Proc. No. 21-01278 | $2,164,771.00 |
| Health Alliance (HAN)<br>ATTN:  Anthony Milone<br>411 Theodore Fremd Avenue<br>Rye, NY 10580 | $47,554.00 |

**Debtor:**    **Health Tech Harbor, Inc.**
**Court:**    **United States Bankruptcy Court for the District of New Jersey**
**Case No.**    **20-19017 (RG) Ch. 7**

## <u>ATTACHMENT TO OFFICIAL FORM 206A/B</u>

### <u>Schedule A/B: Assets – Real and Personal Property</u>

#### <u>Item 75 (Page 7)</u>

Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims

| Obligor | Amount Due: |
|---|---|
| Gavin Scotti Jr.<br>16 Old Track Road<br>Greenwich, CT 06830<br><br>Gavin Scotti Sr.<br>516 Purchase Street<br>Rye, NY 10580<br><br>Co-Obligors under September 12, 2019 agreement to invest $1,800,000 in capital into Health Tech Harbor in consideration for 5% equity of which only $600,000 was funded | $1,200,000.00 |

**Fill in this information to identify the case:**

Debtor name ___Health Tech Harbor Inc.___

United States Bankruptcy Court for the: _____ District of __NJ__
(State)

Case number (If known): ___20-19017 (RG)___

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   - ☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   - ☐ Yes. Fill in all of the information below.

| **Part 1:** | **List Creditors Who Have Secured Claims** |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1**

Creditor's name
_____

Creditor's mailing address
_____
_____
_____

Creditor's email address, if known
_____

Date debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.
_____
_____
_____

Describe debtor's property that is subject to a lien
_____
_____
_____

Describe the lien
_____

Is the creditor an insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____    $_____

**2.2**

Creditor's name
_____

Creditor's mailing address
_____
_____
_____

Creditor's email address, if known
_____

Date debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien
_____
_____
_____

Describe the lien
_____

Is the creditor an insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$_____    $_____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $_____

<table>
<tr><td colspan="3"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor</td><td colspan="2">Health Tech Harbor Inc.</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td></td><td>District of   NJ<br>(State)</td></tr>
<tr><td>Case number<br>(If known)</td><td colspan="2">20-19017 (RG)</td></tr>
</table>

☐ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B*)* and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

**1.  Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
☐ No. Go to Part 2.
☑ Yes. Go to line 2.

**2.  List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>Anthony Milone<br>55 Cutler Rd<br>Greenwich, CT 06831-2508<br><br>**Date or dates debt was incurred**<br>01/31/2019  to  07/29/2019<br><br>**Last 4 digits of account number** ___ ___ ___ ___<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)(A) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accrued Wages<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $        52083.30 | $        10,000.00 |
| **2.2** | Priority creditor's name and mailing address<br>Cheryl Fine<br>83 Prestbury Lane<br>Somerset, NJ 08873<br><br>**Date or dates debt was incurred**<br>01/31/2019 to 07/29/2019<br><br>**Last 4 digits of account number** ___ ___ ___ ___<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)(A) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accrued Wages<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $        9,000.00 | $        9,000.00 |
| **2.3** | Priority creditor's name and mailing address<br>Lawrence Margolis<br>8 Orchard Drive<br>Purchase, NY 10577<br><br>**Date or dates debt was incurred**<br>01/31/2019<br><br>**Last 4 digits of account number** ___ ___ ___ ___<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)(A) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Accrued Wages<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $        63,312.50 | $        10,000.00 |

Debtor _____Health Tech Harbor Inc._____    Case number *(if known)* __20-19017 (RG)__
              Name

| Part 1. | **Additional Page** |
|---|---|

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

**2._** Priority creditor's name and mailing address

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____    $ _____

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2._** Priority creditor's name and mailing address

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____    $ _____

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2._** Priority creditor's name and mailing address

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____    $ _____

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2._** Priority creditor's name and mailing address

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____    $ _____

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

| Debtor | Health Tech Harbor Inc. | Case number (if known) | 20-19017 (RG) |
|---|---|---|---|
| | Name | | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1**

**Nonpriority creditor's name and mailing address**
1478756 Alberta Ltd
ATTN Brett Sorensen

358 5222 130 Avenue SE

Calgary Alberta Canada T2ZOG

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Convertable Note

**Date or dates debt was incurred** 01/2019 to 12/2020
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 100,000.00

**3.2**

**Nonpriority creditor's name and mailing address**
Aboyoun Dobbs LLC
ATTN Joseph Aboyoun

77 Bloomfield Avenue

Pine Brook, NJ 07058

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Payable

**Date or dates debt was incurred**
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 152,844.78

**3.3**

**Nonpriority creditor's name and mailing address**
Mohammed Ashfar Ahmed

1514 Westfield Street

Pearland, TX 77581

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Convertable Note

**Date or dates debt was incurred** 03/02/2020
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 50,000.00

**3.4**

**Nonpriority creditor's name and mailing address**
Joseph Allfano

3 Hambletonian Drive

Colts Neck, NJ 07722

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Convertable Note

**Date or dates debt was incurred** 07/24/2019
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 100,000.00

**3.5**

**Nonpriority creditor's name and mailing address**
Astute Consulting LLC
ATTN Narjit Patel

10749 Belle Maisons Drive

Orlando, FL 32832

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Convertable Note

**Date or dates debt was incurred** 11/13/2019
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 25,000.00

**3.6**

**Nonpriority creditor's name and mailing address**
Anthony Milone
55 Cutler Rd
Greenwich, CT 06831-2508

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Wages

**Date or dates debt was incurred** 09/2018 to 06/2018
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

$ 302,489.88

| Debtor | Health Tech Harbor Inc. | | Case number *(if known)* | 20-19017 (RG) |
|---|---|---|---|---|
| | Name | | | |

| Part 2: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

---

**3.7   Nonpriority creditor's name and mailing address**

Paul Bing

2010 Royal Dawns Drive

Katy, tX 77450

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Convertable Note

**Date or dates debt was incurred**   04/2019 to 03/2020

**Last 4 digits of account number**   ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 125,000.00

---

**3.8   Nonpriority creditor's name and mailing address**

Anette Catino

39981 North 105th Way

Scottsdale, AZ 85262

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Convertable Note and Loan

**Date or dates debt was incurred**   01/2017 to 03/2018

**Last 4 digits of account number**   ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 320,000.00

---

**3.9   Nonpriority creditor's name and mailing address**

Amito Chandiwal

28419 Tall Juniper Hill Drive

Katy, TX 77494

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Convertable Note

**Date or dates debt was incurred**   06/26/2019

**Last 4 digits of account number**   ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 50,000.00

---

**3.10   Nonpriority creditor's name and mailing address**

Ravi and Madhavi Chenna

4818 Big Cedar Circle

Missouri City, TX 77059

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Convertable Note

**Date or dates debt was incurred**   12/24/2019

**Last 4 digits of account number**   ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 75,000.00

---

**3.11   Nonpriority creditor's name and mailing address**

David Cherry
6 Derryhirk Road
Tullyroan Dungannon

Co TyRone BT71GNH N Ireland

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Convertable Note

**Date or dates debt was incurred**   03/06/2020

**Last 4 digits of account number**   ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 25,000.00

---

Debtor _____ Health Tech Harbor Inc. _____    Case number *(if known)* __20-19017 (RG)__
        Name

| Part 2: | Additional Page |

| | **Amount of claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**3.12** | **Nonpriority creditor's name and mailing address**

Robert Chiccoine Jr.

50 Wrights Mills Road
Armonk, NY 10504

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Convertable Note

Date or dates debt was incurred    08/2018 to 10/2018
Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    50,000.00

---

**3.13** | **Nonpriority creditor's name and mailing address**

Mark Christiana

99 Biltmore Avenue
Rye, NY 10580

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Loan

Date or dates debt was incurred    02/2018 to 09/2019
Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    25,000.00

---

**3.14** | **Nonpriority creditor's name and mailing address**

Stephen Columbia

15 Cordis Street
Charlestown, MA 02129

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Convertable Note

Date or dates debt was incurred    08/29/2018
Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    50,000.00

---

**3.15** | **Nonpriority creditor's name and mailing address**

Essfull
ATTN Keith Gallant

11202 North Cranite Street
Duluth, GA 30097

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accrued Wages and Accrued Salary

Date or dates debt was incurred    12/2018 to 06/2020
Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

$                    97,642.00

---

**3.16** | **Nonpriority creditor's name and mailing address**

Michael Fina
8701 Shore Road
Apt 341
Brooklyn, NY  11209

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Convertable Note

Date or dates debt was incurred    08/06/2019
Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    40,000.00

Debtor    Health Tech Harbor Inc.
_____
        Name

                                                Case number (if known)  20-19017 (RG)

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.17**  Nonpriority creditor's name and mailing address

Cheryl Fine

83 Prestbury Lane
Somerset, NJ 08873

Date or dates debt was incurred    02/2018 to 07/2021

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Accrued Wages, Convertable Note, Gap Wages

Is the claim subject to offset?
☐ No
☐ Yes

$ 109,600.00

---

**3.18**  Nonpriority creditor's name and mailing address

Michael Fitzpatrick

10141 Heronwood Lane
West Palm Beach, FL 33412

Date or dates debt was incurred    04/27/2018

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Convertable Note

Is the claim subject to offset?
☑ No
☐ Yes

$ 50,000.00

---

**3.19**  Nonpriority creditor's name and mailing address

Paul Gerardi

33 Van Etten Blvd.
New Rochelle, NY 10804

Date or dates debt was incurred    09/19/2019

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Convertable Note

Is the claim subject to offset?
☑ No
☐ Yes

$ 50,000.00

---

**3.20**  Nonpriority creditor's name and mailing address
Alan and Stephen Glombicki
ATTN Stephen Glombicki

2001 Holcombe Blvd
Houston, TX 77030

Date or dates debt was incurred    12/07/2018

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____ 12/07/2018

Is the claim subject to offset?
☑ No
☐ Yes

$ 50,000.00

---

**3.21**  Nonpriority creditor's name and mailing address
Goodenough Associates
ATTN Andy Goodenough

42 Glendale Road
Rye, NY 10580

Date or dates debt was incurred    09/2018 to12/2019

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Accrued Expense and Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$ 197,884.63

---

| Debtor | Health Tech Harbor Inc. | Case number (if known) | 20-19017 (RG) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.22** **Nonpriority creditor's name and mailing address**
Goodwin Proctor LLP
ATTN Steve Davis

620 8th Avneue

New York, NY 10018

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

$ 662,000.00

**Basis for the claim:** Accrued Expense and Accounts Payable

Date or dates debt was incurred    12/2017 to 06/2020
Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.23** **Nonpriority creditor's name and mailing address**

Sadasivareddy Goli

12908 Lakeparc Bend Drive

Cypress, TX 77429

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 200,000.00

**Basis for the claim:** _____

Date or dates debt was incurred    01/2019 to 10/2019
Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.24** **Nonpriority creditor's name and mailing address**

Biagio Graffagnino

155-21 Bridgeton Street
Howard Beach, NY 11414

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 250,000.00

**Basis for the claim:** Convertable Note and Loan

Date or dates debt was incurred    01/2019
Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.25** **Nonpriority creditor's name and mailing address**
Greenwave 97 LLC
ATTN Shalin Patel

3115 Brighton Sky Lane

Katy, TX 77494

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 50,000.00

**Basis for the claim:** Convertable Note

Date or dates debt was incurred    06/2019 to 08/2019
Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.26** **Nonpriority creditor's name and mailing address**

JP Morgan Chase

270 Park Avenue

New York, NY 10017

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

$ 4,007.72

**Basis for the claim:** Negative balance bank accounts

Date or dates debt was incurred    08/2020 to 07/2021
Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor  **Health Tech Harbor Inc.**
_____
Name

Case number (if known) **20-19017 (RG)**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.27** **Nonpriority creditor's name and mailing address**

Sanjaykumar Kamani

3405 Radha Lane
Houston, TX 77018

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Convertable Note

**Date or dates debt was incurred** 01/2019 to 10/2019

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 185,000.00

---

**3.28** **Nonpriority creditor's name and mailing address**

Vijay Koka

4307 Roundtree Lane
Missouri City, TX 77459

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Convertable Note

**Date or dates debt was incurred** 03/2020

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 75,000.00

---

**3.29** **Nonpriority creditor's name and mailing address**

Umesh Kumar

15027 Rockdale Bridge Lane
Sugar Land, TX 77498

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Convertable Note

**Date or dates debt was incurred** 01/2019 to 02/2020

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 150,000.00

---

**3.30** **Nonpriority creditor's name and mailing address**

Doraraju Kurausamy

5202 Jericho Court
Houston, TX 77091

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Convertable Note

**Date or dates debt was incurred** 01/2019 to 03/2020

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 150,000.00

---

**3.31** **Nonpriority creditor's name and mailing address**

Rajiv Lal

1923 Mystic Arbor Lane
Houston, TX 77077

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Convertable Note

**Date or dates debt was incurred** 07/19/2019

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 25,000.00

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 8 of 21

Debtor _____Health Tech Harbor Inc._____    Case number *(if known)*  ___20-19017 (RG)___
       Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.32** Nonpriority creditor's name and mailing address

Law Offices of Michell J. Malzberg LLC

6 E Main Street Suite 5122
Clinton, NJ 08809

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Accounts Payable

$ 3,000.00

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.33** Nonpriority creditor's name and mailing address

John Lloyd

11 Mohawk Avenue
Oceaport, NJ 07757

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Convertable Note

$ 250,000.00

Date or dates debt was incurred    08/2018 to 10/2018

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.34** Nonpriority creditor's name and mailing address

Joe Lukens

4381 W Gulf Drive
Sanibel, FL 33957

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Convertable Note

$ 100,000.00

Date or dates debt was incurred    12/13/2017

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.35** Nonpriority creditor's name and mailing address

Yulia Lyubkina and Ankush Verma

3908 Hazard Street
Houston tX 77098

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Convertable Note

$ 25,000.00

Date or dates debt was incurred    07/03/2019

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.36** Nonpriority creditor's name and mailing address

Nitin Mahajan

43 West Shale Creek Circle
Spring, TX 77382

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: Convertable Note

$ 95,000.00

Date or dates debt was incurred    12/2018 to 10/2019

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

Debtor **Health Tech Harbor Inc.** _____
        Name

Case number _(if known)_ __20-19017 (RG)__

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.37** | **Nonpriority creditor's name and mailing address**

Kavita Majithia

7110 Argonne Trail
Sugar Land, TX 77479

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Convertable Note

**Date or dates debt was incurred** 01/2020 to 02/2020
**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 200,000.00

---

**3.38** | **Nonpriority creditor's name and mailing address**

Ramachandra Malya

212 E Crosstimbers Street 170
Houston, TX 77022

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Convertable Note

**Date or dates debt was incurred** 12/2017 to 12/2019
**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 780,000.00

---

**3.39** | **Nonpriority creditor's name and mailing address**

Rohith Malya

723 Wycliffe Drive
Houston, TX 77079

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Convertable Note

**Date or dates debt was incurred** 10/28/2019
**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 10,000.00

---

**3.40** | **Nonpriority creditor's name and mailing address**

Marcum LLP
730 3rd Avenue
11th Floor
New York, NY 10017

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounts Payable

**Date or dates debt was incurred** 12/31/2018
**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 68,000.00

---

**3.41** | **Nonpriority creditor's name and mailing address**

William Margiloff

63 Island Drive
Rye, NY 10580

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Convertable Note

**Date or dates debt was incurred** 08/29/2018
**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 25,000.00

---

| Debtor | Health Tech Harbor Inc. | Case number *(if known)* 20-19017 (RG) |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.42** | **Nonpriority creditor's name and mailing address**

Lawrence Margolis

8 Orchard Drive
Purchase, NY 10577

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

$                810,375.00

Date or dates debt was incurred    01/2018 to 09/2019

**Basis for the claim:** Loan, Accounts Payable,Accrued Wages

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.43** | **Nonpriority creditor's name and mailing address**

Krishnan Murthi Durusamy
BLK 728, Clementi West Street 2
12 410

Singapore 12078

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$                45,000.00

Date or dates debt was incurred    03/26/2020

**Basis for the claim:** Convertable Note

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.44** | **Nonpriority creditor's name and mailing address**

Nikanth Patel Trustee
ATTN Mithil Patel

8520 Jensen Drive
Houston, TX 77093

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

$                100,000.00

Date or dates debt was incurred    01/22/2019

**Basis for the claim:** Convertable Note

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.45** | **Nonpriority creditor's name and mailing address**

Maria Olskaia

1290 Anthorne Lane
Boynton Beach, FL 33436

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$                25,000.00

Date or dates debt was incurred    06/19/2019

**Basis for the claim:** Convertable Note

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.46** | **Nonpriority creditor's name and mailing address**

Priya and Joseph Oolut

5707 Camden Springs Lane
Sugar Land, TX 77479

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$                35,000.00

Date or dates debt was incurred    07/01/2019

**Basis for the claim:** Convertable Note

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

Debtor ___Health Tech Harbor Inc._____   Case number *(if known)* __20-19017 (RG)__
         Name

| **Part 2:** | **Additional Page** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

---

**3.47**  **Nonpriority creditor's name and mailing address**

Manmath Panda

25611 Pipestone Glen Lane

Katy, TX 77494

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Convertable Note

$ 125,000.00

Date or dates debt was incurred   02/21/2020

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.48**  **Nonpriority creditor's name and mailing address**

Rahul Pandey

5903 Yango Terrace Lane
Sugar Land, TX 77479

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Convertable Note

$ 50,000.00

Date or dates debt was incurred   04/2019 to 03/2020

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.49**  **Nonpriority creditor's name and mailing address**

Aashish Pandya

3915 Case Street
Houston, TX 77005

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Convertable Note

$ 60,000.00

Date or dates debt was incurred   03/2020

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.50**  **Nonpriority creditor's name and mailing address**

Devesh Pandya

6538 Brompton Roadhous
Houston, TX 77005

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Convertable Note

$ 60,000.00

Date or dates debt was incurred   03/2020

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.51**  **Nonpriority creditor's name and mailing address**

Deep Patel

10749 Belle Maisons Drive
Orlando, FL 32832

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Convertable Note

$ 25,000.00

Date or dates debt was incurred   11/07/2019

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor _____Health Tech Harbor Inc._____    Case number _(if known)_ __20-19017 (RG)__
           Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.52** **Nonpriority creditor's name and mailing address**

Nehal Patel

1631 North Loop West 460
Houston, TX 77005

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Convertable Note

Date or dates debt was incurred    07/2019 to 03/2020

Last 4 digits of account number    ___ ___ ___ ___

$_____500,000.00

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.53** **Nonpriority creditor's name and mailing address**

Shil & Harikrishna Patel

11202 North Cranite Street
Dunlap, IL 61525

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Convertable Note

Date or dates debt was incurred    11/18/2018

Last 4 digits of account number    ___ ___ ___ ___

$_____25,000.00

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.54** **Nonpriority creditor's name and mailing address**

Vishal Patel

5815 Daylin Court
Spring, TX 77379

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Convertable Note

Date or dates debt was incurred    12/2019 to 01/2020

Last 4 digits of account number    ___ ___ ___ ___

$_____500,000.00

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.55** **Nonpriority creditor's name and mailing address**

Prabhugouda Patil

1100 Uptown Park Blvd 123
Houston, TX 77056

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Convertable Note

Date or dates debt was incurred    12/2018 to 10/2019

Last 4 digits of account number    ___ ___ ___ ___

$_____200,000.00

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.56** **Nonpriority creditor's name and mailing address**
Prakash Interest Limited, LP
ATTN Rahul Prakash

12335 KIngsridie Lane 311
Houston, TX 77024

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Convertable Note

Date or dates debt was incurred    05/2019 to 03/2020

Last 4 digits of account number    ___ ___ ___ ___

$_____62,500.00

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Health Tech Harbor Inc. | Case number (if known) 20-19017 (RG) |
|---|---|---|
| | Name | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.57** | **Nonpriority creditor's name and mailing address**

PKF O'Connor Davies

20 Commerce Drive Ste 301
Cranford, NJ 07016

Date or dates debt was incurred    01/2018 to 06/2020
Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$ 132,445.41

---

**3.58** | **Nonpriority creditor's name and mailing address**

William Rabetz

117 Remmington Road
Manhasset, NY 11031

Date or dates debt was incurred    12/2017 to 12/2019
Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Accounts Payable

Is the claim subject to offset?
☑ No
☐ Yes

$ 80,000.00

---

**3.59** | **Nonpriority creditor's name and mailing address**

Radha Holdings LLC
ATTN: Nitin Puri

342 Boston Road
Chelmsford, MA 01824

Date or dates debt was incurred    02/18/2020
Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Convertable Note

Is the claim subject to offset?
☑ No
☐ Yes

$ 25,000.00

---

**3.60** | **Nonpriority creditor's name and mailing address**

S. Ramakrishnan &Krishna Kunar Raman

21212 MW Freeway 335
Cypress, TX 77429

Date or dates debt was incurred    06/28/2019
Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 25,000.00

---

**3.61** | **Nonpriority creditor's name and mailing address**

Roberta Rosenast

1304 Midland Avenue APT C24
Yonkers, NY 10704

Date or dates debt was incurred    12/31/2018
Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Accrued Expense

Is the claim subject to offset?
☑ No
☐ Yes

$ 13,637.00

---

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page 14 of 21

| Debtor | Health Tech Harbor Inc. | Case number *(if known)* | 20-19017 (RG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.62 Nonpriority creditor's name and mailing address**

Yeveny Rudasjevsky

14432 Chester Avenue
Saratoga, CA 95070

Date or dates debt was incurred    05/16/2019
Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Convertable Note

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 25,000.00

---

**3.63 Nonpriority creditor's name and mailing address**

Elliot Sabbagh

1927 Homecrest Avenue
Brooklyn, NY 11229

Date or dates debt was incurred    12/2018 to 05/2019
Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Convertable Note

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 75,000.00

---

**3.64 Nonpriority creditor's name and mailing address**

Reza Sadeghi

4337 Wendell Street
Bellaire, TX 77401

Date or dates debt was incurred    10/18/2018
Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Convertable Note

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 50,000.00

---

**3.65 Nonpriority creditor's name and mailing address**

Vivek Sakhuja

5815 Autumn Fall Court
Sugar Land, TX 77479

Date or dates debt was incurred    05/08/2019
Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Convertable Note

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 25,000.00

---

**3.66 Nonpriority creditor's name and mailing address**

Savithri Protected Cell

11520 Calico Lane
Houston, TX 77024

Date or dates debt was incurred    01/30/2020
Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Convertable Note

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 200,000.00

---

Debtor    Health Tech Harbor Inc.
          _____
          Name

Case number *(if known)*    20-19017 (RG)

---

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

---

**3.67** | **Nonpriority creditor's name and mailing address**

Gavin Scotti Jr.

16 Old Track Road
Greenwich, CT 06830

Date or dates debt was incurred    09/25/2019

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Equity

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 100,000.00

---

**3.68** | **Nonpriority creditor's name and mailing address**

Gavin Scotti Sr.

516 Purchase Street
Rye, NY 10580

Date or dates debt was incurred    12/31/2019

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Equity

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 500,000.00

---

**3.69** | **Nonpriority creditor's name and mailing address**

Vasudev and Shobha Shenoy

35 North Creekside Court
Houston, TX 77005

Date or dates debt was incurred    10/2018 to 09/2019

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Convertable Note

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 150,000.00

---

**3.70** | **Nonpriority creditor's name and mailing address**

Mukesh Sinha

18706 South Bee Circle
Cypress, TX 77433

Date or dates debt was incurred    06/2019 to 08/2019

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Convertable Note

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 50,000.00

---

**3.71** | **Nonpriority creditor's name and mailing address**

Paul Stamatis Jr.

10406 Charter Lake Circle
Katy, TX 77494

Date or dates debt was incurred    12/2017 to 03/2019

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Convertable Note

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 125,000.00

---

| Debtor | Health Tech Harbor Inc. | Case number *(if known)* 20-19017 (RG) |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.72** **Nonpriority creditor's name and mailing address**

Surlean Investments LP
ATTN Anil Odhav

1834 Cottage Landing

Houston, TX 77077

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Convertable Note

Date or dates debt was incurred    12/2018 to 04/2019
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$    50,000.00

---

**3.73** **Nonpriority creditor's name and mailing address**

Rupesh Vakil

4510 Maple Street
Bellaire, TX 77401

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Convertable Note

Date or dates debt was incurred    11/13/2019
BennAnthony Milone
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$    25,000.00

---

**3.74** **Nonpriority creditor's name and mailing address**

Pushpahas Vandoia

5911 Ashford Falls Lane
Sugar Land, TX 77479

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Convertable Note

Date or dates debt was incurred    03/5/2020
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$    25,000.00

---

**3.75** **Nonpriority creditor's name and mailing address**

Dan Wampler

50 Traditions Turn
Cincinnati, OH 45249

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Convertable Note

Date or dates debt was incurred    11/29/2017
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$    50,000.00

---

**3.76** **Nonpriority creditor's name and mailing address**

Wealthcare LLC
ATTN Ramachandra Malya

212 E Crosstimbers Street 130
Houston, TX 77022

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Convertable Note

Date or dates debt was incurred    04/2018 to 09/2018
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$    3,500,000.0

---

Debtor    Health Tech Harbor Inc.                          Case number (if known)    20-19017 (RG)
          Name

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

| 3. 77 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 155,000.00 |
|---|---|---|---|

Dustin Wilson

PO Box 12971

Olympia WA 98508

☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Convertable Note

Date or dates debt was incurred    12/2017 to 12/2019

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3. 78 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 50,000.00 |
|---|---|---|---|

Lily Yang Loh

14222 Cloud Cliff Lane

Houston, TX 77077

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Convertable Note

Date or dates debt was incurred    01/16/2020

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.___ | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    _____

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.___ | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    _____

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.___ | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ |
|---|---|---|---|

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    _____

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

Debtor __Health Tech Harbor Inc._____    Case number _(if known)_ _20-19017 (RG)_
        Name

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.2. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.3. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.4. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 41. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.5. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.6. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.7. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.8. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.9. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.10. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.11. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |

Debtor _____    Case number *(if known)* _20-19017 (RG)_
    Health Tech Harbor Inc.
    Name

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---|---|

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.__ | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.__ | Line ____<br>☐ Not listed. Explain _____ | |

Debtor    Health Tech Harbor Inc.                                    Case number (if known)  201-430-7300
          Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|-----------------------------------------------------------------|

5.  **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $              29,000.00 |
| 5b. **Total claims from Part 2** | 5b.  **+** | $         13,379,336.42 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $         13,408,336.42 |

**Fill in this information to identify the case:**

Debtor name _Health Tech Harbor Inc_

United States Bankruptcy Court for the: _____    District of __NJ__
(State)

Case number (If known): _20-19017 (RG)_    Chapter _____

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.5** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name ____Health Tech Harbor Inc._____

United States Bankruptcy Court for the:_____ District of __NJ____
                                                                    (State)

Case number (If known): ____20-19017 (RG)_____

☐ Check if this is an
    amended filing

Official Form 206H
=====================

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Does the debtor have any codebtors?**

☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | Street _____ <br> _____ <br> City      State      ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 _____ | Street _____ <br> _____ <br> City      State      ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 _____ | Street _____ <br> _____ <br> City      State      ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 _____ | Street _____ <br> _____ <br> City      State      ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.5 _____ | Street _____ <br> _____ <br> City      State      ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.6 _____ | Street _____ <br> _____ <br> City      State      ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

---

**Fill in this information to identify the case and this filing:**

Debtor Name __Health Tech Harbor Inc.__

United States Bankruptcy Court for the: _____    District of __NJ__
                                                            (State)
Case number (*If known*):  __20-19017 (RG)__

---

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

---

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☒ *Schedule H: Codebtors* (Official Form 206H)

☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

❑ Amended *Schedule* ____

❑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

❑ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __08/09/2021__          **X** _____
           MM / DD / YYYY                   Signature of individual signing on behalf of debtor

                                     __Lawrence Margolis__
                                     Printed name

                                     __CEO__
                                     Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name  Health Tech Harbor Inc.

United States Bankruptcy Court for the: _____ District of __NJ__
(State)

Case number (If known):  20-19017 (RG)

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy  04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

| Part 1: | Income |
|---|---|

**1. Gross revenue from business**

☒ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From _____ to  Filing date<br>MM / DD / YYYY | ☐ Operating a business<br>☐ Other _____ | $_____ |
| **For prior year:** | From _____ to _____<br>MM / DD / YYYY          MM / DD / YYYY | ☐ Operating a business<br>☐ Other _____ | $_____ |
| **For the year before that:** | From _____ to _____<br>MM / DD / YYYY          MM / DD / YYYY | ☐ Operating a business<br>☐ Other _____ | $_____ |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected
from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None

| | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2020 to  Filing date<br>MM / DD / YYYY | See Attached Schedule A/B:<br>Part 11 Line 71 Interest on Loan | $ 152,935.96 |
| **For prior year:** | From 01/01/2019 to 12/31/2019<br>MM / DD / YYYY          MM / DD / YYYY | See Attached Schedule A/B:<br>Part 11 Line 71 Interest on Loan | $ 292,929.29 |
| **For the year before that:** | From 01/01/2018 to 12/31/2018<br>MM / DD / YYYY          MM / DD / YYYY | See Attached Schedule A/B:<br>Part 11 Line 71 Interest on Loan | $ 103,408.10 |

Debtor        Health Tech Harbor Inc.                                              Case number (if known)  20-19017 (RG)
              Name

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3.  Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☒ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | | | $ | ☐ Secured debt |
| | Creditor's name | | | ☒ Unsecured loan repayments |
| | Street | | | ☐ Suppliers or vendors |
| | | | | ☐ Services |
| | City          State      ZIP Code | | | ☐ Other |
| 3.2. | | | $ | ☐ Secured debt |
| | Creditor's name | | | ☐ Unsecured loan repayments |
| | Street | | | ☐ Suppliers or vendors |
| | | | | ☐ Services |
| | City          State      ZIP Code | | | ☐ Other |

**4.  Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Lawrence Margolis | 09/12/2019 to 01/30/2020 | $      40,500.00 | Accounts Payable Repayment |
| | Insider's name | | | |
| | 8 Orchard Drive | | | |
| | Street | | | |
| | Purchase,          NY      10577 | | | |
| | City          State      ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | Self | | | |
| 4.2. | Ramachandra Malya | 01/17/2021 | $       5,116.66 | Repayment for Paying Harrington Ocko and Monk $5,000.00 |
| | Insider's name | | | |
| | 212 E Crosstimbers Street 170 | | | Plus intereset of 116.66 |
| | Street | | | |
| | Houston,          TX      77022 | | | |
| | City          State      ZIP Code | | | |
| | **Relationship to debtor** | | | |

Health Tech Harbor Inc.

| Debtor | Health Tech Harbor Inc. | Case number *(if known)* | 20-19017 (RG) |
|---|---|---|---|
| | Name | | |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. _____ Creditor's name _____ Street _____ City    State    ZIP Code | _____ _____ _____ | _____ | $_____ |
| 5.2. _____ Creditor's name _____ Street _____ City    State    ZIP Code | _____ _____ _____ | _____ | $_____ |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____ Creditor's name _____ Street _____ City    State    ZIP Code | _____ _____ Last 4 digits of account number: XXXX– __ __ __ __ | _____ | $_____ |

| Part 3: | Legal Actions or Assignments |
|---|---|

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. (SEE ATTACHED) **Case number** _____ | _____ | _____ Name _____ Street _____ City    State    ZIP Code | ☐ Pending ☐ On appeal ☐ Concluded |
| 7.2. **Case title** _____ **Case number** _____ | _____ | _____ Name _____ Street _____ City    State    ZIP Code | ☐ Pending ☐ On appeal ☐ Concluded |

| Debtor | Health Tech Harbor Inc. | Case number (if known) 20-19017 (RG) |
|---|---|---|
| | Name | |

### 8. Assignments and receivership

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

**[X]** None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | | $_____ |
| Custodian's name | **Case title** | **Court name and address** |
| Street | | |
| | | Name |
| City          State          ZIP Code | **Case number** | Street |
| | | City          State          ZIP Code |
| | **Date of order or assignment** | |

## Part 4:    Certain Gifts and Charitable Contributions

### 9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

**[X]** None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. Recipient's name | | | $_____ |
| Street | | | |
| City          State          ZIP Code | | | |
| Recipient's relationship to debtor | | | |
| 9.2. Recipient's name | | | $_____ |
| Street | | | |
| City          State          ZIP Code | | | |
| Recipient's relationship to debtor | | | |

## Part 5:    Certain Losses

### 10. All losses from fire, theft, or other casualty within 1 year before filing this case.

**[X]** None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss. If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| | | | $_____ |

Debtor    Health Tech Harbor Inc.    Case number (if known) 20-19017 (RG)
         Name

---

| **Part 6:** | **Certain Payments or Transfers** |

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☒ None

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

11.1.  _____    _____    _____    $_____

**Address**    _____

_____
Street

_____

_____
City                    State        ZIP Code

**Email or website address**

_____

**Who made the payment, if not debtor?**

_____

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

11.2.  _____    _____    _____    $_____

**Address**    _____

_____
Street

_____

_____
City                    State        ZIP Code

**Email or website address**

_____

**Who made the payment, if not debtor?**

_____

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| _____ | _____ | _____ | $_____ |
| **Trustee** | _____ | | |
| _____ | | | |

---

Official Form 207    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**    page 5

Debtor    Health Tech Harbor Inc.                                                Case number (if known)  20-19017 (RG)
_____Name_____

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1. _____ | _____ | _____ | $_____ |
| **Address** | _____ | | |
| _____ | | | |
| Street | | | |
| _____ | | | |
| City          State    ZIP Code | | | |
| **Relationship to debtor** | | | |
| _____ | | | |
| **Who received transfer?** | _____ | _____ | $_____ |
| 13.2. _____ | _____ | | |
| **Address** | | | |
| _____ | | | |
| Street | | | |
| _____ | | | |
| City          State    ZIP Code | | | |
| **Relationship to debtor** | | | |
| _____ | | | |

## Part 7:  Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1. _____ | From _____ To _____ |
| Street | |
| _____ | |
| City          State    ZIP Code | |
| 14.2. _____ | From _____ To _____ |
| Street | |
| _____ | |
| City          State    ZIP Code | |

Debtor   Health Tech Harbor Inc. _____     Case number (if known) 20-19017 (RG)
         Name

---

| Part 8: | Health Care Bankruptcies |
|---------|--------------------------|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | _____<br>Facility name | | |
| | _____<br>Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?**<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |
| | _____<br>City       State       ZIP Code | | |

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.2. | _____<br>Facility name | | |
| | _____<br>Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?**<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |
| | _____<br>City       State       ZIP Code | | |

---

| Part 9: | Personally Identifiable Information |
|---------|-------------------------------------|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.
☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No
☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.
☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|--------------|---------------------------------------------|
| _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

Has the plan been terminated?

☐ No
☐ Yes

---

| Debtor | Health Tech Harbor Inc. | Case number *(if known)* 20-19017 (RG) |
|---|---|---|
| | Name | |

---

**Part 10:**  **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | JP Morgan Chase<br>Name<br>270 Park Avenue<br>Street<br><br>New York        NY        10017<br>City        State        ZIP Code | XXXX– 2  2    2  9 | ☒ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | 08/31/2020 | $    -3,589.06 |
| 18.2. | JP Morgan Chase<br>Name<br>270 Park Avenue<br>Street<br><br>New York        NY        10017<br>City        State        ZIP Code | XXXX– 3  5    0  3 | ☒ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | | $    -136.66 |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name<br>Street<br>City        State        ZIP Code | Address | | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name<br>Street<br>City        State        ZIP Code | Address | | ☐ No<br>☐ Yes |

Debtor    Health Tech Harbor Inc.                                     Case number (if known)   20-19017 (RG)
_____                      _____
          Name

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| Name | | | |
| Street | | | |
| City          State          ZIP Code | | | |

---

**Part 12:    Details About Environmental Information**

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| **Case number** | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City          State          ZIP Code | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | _____ |
| Name | Name | | |
| Street | Street | | |
| City          State          ZIP Code | City          State          ZIP Code | | |

---

Debtor      Health Tech Harbor Inc.                                          Case number *(if known)*  20-19017 (RG)
_____                              _____
Name

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | _____ |
| Name | Name | | |
| Street | Street | | |
| City          State        ZIP Code | City          State        ZIP Code | | |

---

**Part 13:**      **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

|  | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ |
| | Name | | **Dates business existed** |
| | Street | | |
| | City          State        ZIP Code | | From _____   To _____ |
| 25.2. | | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ |
| | Name | | **Dates business existed** |
| | Street | | |
| | City          State        ZIP Code | | From _____   To _____ |
| 25.3. | | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ |
| | Name | | **Dates business existed** |
| | Street | | |
| | City          State        ZIP Code | | From _____   To _____ |

| Debtor | Health Tech Harbor Inc. | Case number *(if known)* 20-19017 (RG) |
|---|---|---|
| | Name | |

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | Name and address | Dates of service |
|---|---|---|
| 26a.1. | Marcum LLP<br>Name<br>730 3rd Avenue 11th Floor<br>Street | From 12/2018   To 12/2018 |
| | New York            NY            10017<br>City            State            ZIP Code | |
| | **Name and address** | **Dates of service** |
| 26a.2. | PKF O'Connor Davies<br>Name<br>20 Commerce Drive Ste 301<br>Street | From 10/2018   To 06/2020 |
| | Cranford            NJ            07016<br>City            State            ZIP Code | |
| 26a.3 | Cheryl Fine<br>83 Prestbury Lane<br>Somerset, NJ 08873 | 12/2018 to current |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| | Name and address | Dates of service |
|---|---|---|
| 26b.1. | Marcum LLP<br>Name<br>730 3rd Avenue 11th Floor<br>Street | From 12/2018   To 12/2018 |
| | New York            NY            10017<br>City            State            ZIP Code | |
| | **Name and address** | **Dates of service** |
| 26b.2. | PKF O'Connor Davies<br>Name<br>20 Commerce Drive Ste 301<br>Street | From 10/2018   To 06/2020 |
| | Cranford            NJ            07016<br>City            State            ZIP Code | |
| 26b.3 | Cheryl Fine<br>83 Prestbury Lane<br>Somerset, NJ 08873 | 12/2018 to current |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | PKF O'Connor Davies<br>Name<br>20 Commerce Drive Ste 301<br>Street | |
| | Cranford            NJ            07016<br>City            State            ZIP Code | |

| Debtor | Health Tech Harbor Inc. | Case number (if known) 20-19017 (RG) |
|---|---|---|
| | Name | |

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. Cheryl Fine | _____ |
| Name | _____ |
| 83 Prestbury Lane | _____ |
| Street | _____ |
| Somerset                NJ            08873 | |
| City                        State        ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address   (SEE ATTACHED) |
|---|
| 26d.1. _____ |
| Name |
| _____ |
| Street |
| _____ |
| City                        State        ZIP Code |

| Name and address |
|---|
| 26d.2. _____ |
| Name |
| _____ |
| Street |
| _____ |
| City                        State        ZIP Code |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. _____ |
| Name |
| _____ |
| Street |
| _____ |
| City                        State        ZIP Code |

Debtor   Health Tech Harbor Inc.                                                      Case number (if known)   20-19017 (RG)
         Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
| --- |

27.2.  _____
       Name
       _____
       Street
       _____
       City                          State        ZIP Code

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| (SEE ATTACHED) | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☒ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
| --- | --- | --- | --- |
| Biagio Graffagnino | 155-21 Bridgeton Street , Howard Beach, NY 11414 | _____ | From 06/2019 To 09/2020 |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
| --- | --- | --- | --- |
| 30.1. Name Ramachandra Malya Street 212 E Crosstimbers Street 170 Houston,          TX     77022 City          State   ZIP Code Relationship to debtor Note Holder, and Member of Merger Comittee | $5116.66  He paid Harrington Ocko and Monk $5,000.00 and $116.66 was interest. | 01/17/2020  _____  _____  _____ | Actual Amount |

Debtor    Health Tech Harbor Inc.                              Case number (if known) 20-19017 (RG)
          Name

| Name and address of recipient | $40,500.00 | 09/2019 to | AP Payments |
|---|---|---|---|
| 30.2  Lawrence Margolis |  | 01/2020 |  |
| Name |  |  |  |
| 8 Orchard Drive |  |  |  |
| Street |  |  |  |
| Purchase            NY      10577 |  |  |  |
| City               State   ZIP Code |  |  |  |
| Relationship to debtor |  |  |  |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**
   ☒ No
   ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
|  | EIN: __ __ - __ __ __ __ __ __ __ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**
   ☒ No
   ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
|  | EIN: __ __ - __ __ __ __ __ __ __ |

## Part 14:    Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      08/09/2021
                 MM / DD / YYYY

✗ _____          Printed name  Lawrence Margolis
   Signature of individual signing on behalf of the debtor

   Position or relationship to debtor  CEO

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☒ Yes

**Debtor:**     **Health Tech Harbor, Inc.**
**Court:**      **United States Bankruptcy Court for the District of New Jersey**
**Case No.**    **20-19017 (RG) Ch. 7**

## ATTACHMENT TO OFFICIAL FORM 207

### Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

## Part 13

### Item 26d. (Page 12)

List all financial institutions, creditors, and other parties, including mercantile and trade agaencies, to whom the debtor issued a financial statement within 2 years before filing this case.

Aboyoun Dobbs LLC
ATTN Joseph Aboyoun
77 Bloomfield Avenue
Pine Brook, NJ 07058

Annette Catino
39981 North 105th Way
Scottsdale, AZ 85262

Citrin Cooperman
ATTN Maryann Veytsman
529 5th Avenue
New York, NY 10017

Cullen and Dykman LLP
ATT: Bonnie Pollack
100 Quentin Roosevelt Blvd.
Garden City, NY 11530

Genova Burns
ATTN: Daniel Stoltz, Esq.
110 Allen Rd., Suite 304
Basking Ridge, NJ 07920

Goodwin Proctor LLP
ATTN Steve Davis, Esq.
620 8th Avenue
New York, NY 10018

Biagio Graffagnino
155-21 Bridgeton Street
Howard Beach, NY 11414

**Debtor:**          **Health Tech Harbor, Inc.**
**Court:**            **United States Bankruptcy Court for the District of New Jersey**
**Case No.**        **20-19017 (RG) Ch. 7**

## ATTACHMENT TO OFFICIAL FORM 207

### Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

#### Item 26d. (Page 12) (continued)

Gregory Kinoian Law LLC
8-15 Elain Terrace
Fair Lawn, NJ 07410

Harrington Ocko & Monk
ATTN Kevin Harrington, Esq.
81 Main Street #215
White Plains, NY 10601

John Lloyd
11 Mohawk Avenue
Oceanport, NJ 07757

McCarter & English LLP
ATTN Gregory Mascitti, Esq.
Worldwide Plaza
825 Eigth Avenue, 31st Floor
New York, NY 10019

Ramachandra Malya
212 E Crosstimbers Street 170
Houston, TX 77022

Norris McLaughlin, P.A.
ATTN: Morris Bauer
400 Crossings Blvd. 8th Floor
Bridgewater, NJ 08807

PKF O'Connor Davies
20 Commerce Drive STE 301
Cranford, NJ 07016

Gavin Scotti Sr.
516 Purchase Street
Rye, NY 10580

Gavin Scotti Jr.
16 Old Track Road
Greenwich, CT 6830

**Debtor:**  **Health Tech Harbor, Inc.**
**Court:**  **United States Bankruptcy Court for the District of New Jersey**
**Case No.**  **20-19017 (RG) Ch. 7**

## ATTACHMENT TO OFFICIAL FORM 207

### Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

### Item 26d. (Page 12) (continued)

(Please note: Certain convertible note holders and prospective investors were, upon request, given financial information regarding Health Tech Harbor, Inc.)

### Item 28 (Page 13)

List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name and Address | Position and Nature of Any Interest | % of Interest, If Any |
|---|---|---|
| Lawrence Margolis 8 Orchard Drive Purchase, NY 10577 | Chief Executive Officer Member of Merger Committee | 49.45% Ownership Interest |
| Anthony Milone 55 Cutler Rd Greenwich, CT 06831-2508 | Executive Vice President Member of Merger Committee | 36.13% Ownership Interest |
| Biagio Graffignino 155-21 Bridgeton Street Howard Beach, NY 11414 | Incoming Chairman of the Board Member of Merger Committee | 0% |
| Ramachandra Malya 212 E Crosstimbers Street 170 Houston, TX 77022 | Chairman Of Merger Committee | 0% |

**Debtor:**    **Health Tech Harbor, Inc.**
**Court:**     **United States Bankruptcy Court for the District of New Jersey**
**Case No.**   **20-19017 (RG) Ch. 7**

## Creditor Matrix/Service List

1478756 Alberta Ltd
ATTN Brett Sorensen
358 5222 130 Avenue SE
Calgary Alberta Canada T2Z OG4

Aboyoun Dobbs LLC
ATTN: Joseph Aboyoun, Esq.
77 Bloomfield Avenue
Pine Brook, NJ 07058

Mohammed Ashfar Ahmed
1514 Westfield Street
Pearland, TX 77581

Joseph Alfano
3 Hambletonian Drive
Colts Neck, NJ 07722

Astute Consulting LLC
ATTN: Narjit Patel
10749 Belle Maisons Drive
Orlando, FL 32832

Ben Advance
ATTN: Anthony Milone, CEO
411 Theodore Fremd Avenue
Rye, NY 10580

Paul Bing
2010 Royal Dawns Drive
Katy, TX 77450

Annette Catino
39981 North 105th Way
Scottsdale, AZ 85262

Amito Chandiwal
28419 Tall Juniper Hill Drive
Katy, TX 77494

Ravi & Madhavi Chenna
4818 Big Cedar Circle
Missouri City, TX 77059

**Debtor:**      **Health Tech Harbor, Inc.**
**Court:**       **United States Bankruptcy Court for the District of New Jersey**
**Case No.**     **20-19017 (RG) Ch. 7**

### Creditor Matrix/Service List

David Cherry
6 Derryhirk Road
Tullyroan, Dungannon
Co.TyRone BT71GNH N Ireland

Robert Chicoine Jr
56 Wrights Mill Road
Armonk, NY 10504

Mark Christiana
99 Biltmore Avenue
Rye, NY 10580

Stephen Columbia
15 Cordis Street
Charlestown, MA 02129

Duane Morris LLP
ATTN: Morris S. Bauer, Esq.
One Riverfront Plaza
1037 Raymond Boulevard, Suite 1899
Newark, NJ 07102-5429

EssFull
ATTN: Keith Gallant
11210 Crofton Overlook Court
Duluth, GA 30097

Michael Fina
8701 Shore Road
Apt 341
Brooklyn, NY 11209

Cheryl Fine
83 Prestbury Lane
Somerset, NJ 08873

Michael Fitzpatrick
10141 Heronwood Lane
West Palm Beach, FL 33412

**Debtor:**      **Health Tech Harbor, Inc.**
**Court:**       **United States Bankruptcy Court for the District of New Jersey**
**Case No.**     **20-19017 (RG) Ch. 7**

## Creditor Matrix/Service List

Paul Gerardi
33 Van Etten Boulevard
New Rochelle, NY 10804

Alan & Stephen Glombicki
2001 Holcombe Boulevard
Houston, TX 77030

Goodenough Associates
ATTN: Andy Goodenough
42 Glendale Road
Rye, NY 10508

Goodwin Proctor LLP
ATTN: Steve Davis
620 8th Avenue
New York, NY 10018

Sadasivareddy Goli
12908 Lakeparc Bend Drive
Cypress, TX 77429

Biagio Graffagnino
155-21 Bridgeton Street
Howard Beach, NY 11414

Greenwave 97 LLC
ATTN: Shalin Patel
3115 Brighton Sky Lane
Katy, TX 77494

Han Alliance Group
ATTN:  Anthony Milone, CEO
411 Theodore Fremd Avenue
Rye, NY 10580

Han Benefit Advantage, Inc. (d/b/a BenAdvance)
ATTN:  Anthony Milone, CEO
411 Theodore Fremd Avenue
Rye, NY 10580

**Debtor:**      **Health Tech Harbor, Inc.**
**Court:**       **United States Bankruptcy Court for the District of New Jersey**
**Case No.**     **20-19017 (RG) Ch. 7**

## <u>Creditor Matrix/Service List</u>

Harrington Ocko & Monk LLP
ATTN: Kevin J. Harrington, Esq.
81 Main Street, Suite 215
White Plains, NY 10601

Health Alliance Network (HAN)
ATTN:  Anthony Milone, CEO
411 Theodore Fremd Avenue
Rye, NY 10580

JP Morgan Chase
270 Park Avenue
New York, NY 10017

Sanjaykumar Kamani
3405 Radha Lane
Houston, TX 77018

Vijay Koka
4307 Roundtree Lane
Missouri City, TX 77459

Umesh Kumar
15027 Rockdale Bridge Lane
Sugar Land, TX 77498

Doraraju Kurausamy
5202 Jericho Court
Houston, TX 77091

Rajiv Lal
1923 Mystic Arbor Lane
Houston. TX 77077

Law Offices of Mitchell J. Malzberg, LLC
6 E Main Street Suite 5122
Clinton, NJ 08809

John Lloyd
11 Mohawk Avenue
Oceanport, NJ 07757

**Debtor:**   **Health Tech Harbor, Inc.**
**Court:**   **United States Bankruptcy Court for the District of New Jersey**
**Case No.**   **20-19017 (RG) Ch. 7**

## Creditor Matrix/Service List

Joe Lukens
4381 W Gulf Drive
Sanibel, FL 33957

Yulia Lyubkina & Ankush Verma
3908 Hazard Street
Houston, TX 77098

Nitin Mahajan
43 West Shale Creek Circle
Spring, TX 77382

Kavita Majithia
7110 Argonne Trail
Sugar Land, TX 77479

Ramachandra Malya
212 E Crosstimbers Street 170
Houston, TX 77022

Rohith Malya
723 Wycliffe Drive
Houston, TX 77079

Marcum LLP
730 3rd Avenue 11th Floor
New York, NY 10017

William Margiloff
63 Island Drive
Rye, NY 10580

Lawrence Margolis
8 Orchard Drive
Purchase, NY 10577

Anthony Milone
55 Cutler Rd
Greenwich, CT 06831-2508

**Debtor:**      **Health Tech Harbor, Inc.**
**Court:**       **United States Bankruptcy Court for the District of New Jersey**
**Case No.**     **20-19017 (RG) Ch. 7**

## Creditor Matrix/Service List

Krishnan Murthi Durusamy
BLK 728, Clementi West Street 2
12 410
Singapore 12078

Nilkanth Patel Trustee
ATTN: Mithil Patel
8520 Jensen Drive
Houston, TX 77093

Maria Olskaia
1290 Anthorne Lane
Boynton Beach, FL 33436

Priya & Joseph Oolut
5707 Camden Springs Lane
Sugar Land, TX 77479

Manmath Panda
25611 Pipestone Glen Lane
Katy, TX 77494

Rahul Pandey
5903 Yango Terrace Lane
Sugar Land, TX 77479

Aashish Pandya
3915 Case Street
Houston, TX 77005

Devesh Pandya
6538 Brompton Road
Houston, TX 77005

Deep Patel
10749 Belle Maisons Drive
Orlando, FL 32832

Nehal Patel
1631 North Loop West 460
Houston, TX 77008

**Debtor:**  **Health Tech Harbor, Inc.**
**Court:**  **United States Bankruptcy Court for the District of New Jersey**
**Case No.**  **20-19017 (RG) Ch. 7**

<u>**Creditor Matrix/Service List**</u>

Shil & Harikrishna Patel
11202 North Granite Street
Dunlap, IL 61525

Vishal Patel
5815 Daylin Court
Spring, TX 77379

Prabhugouda Patil
1100 Uptown Park Boulevard 123
Houston, TX 77056

Prakash Interest Limited, LP
ATTN: Rahul Prakash
12335 Kingsride Lane 311
Houston, TX 77024

PKF O'Connor Davies
20 Commerce Drive Suite 301
Cranford, NJ 07016

William Rabetz
117 Remington Road
Manhasset, NY 11031

Radha Holdings LLC
ATTN: Nitin Puri
342 Boston Road
Chelmsford, MA 01824

S. Ramakrishnan & Krishna Kunar Raman
21212 NW Freeway 335
Cypress, TX 77429

Roberta Rosenast
1304 Midland Avenue Apt C24
Yonkers, NY 10704

Yegeny Rudashevsky
14432 Chester Avenue
Saratoga, CA 95070

**Debtor:       Health Tech Harbor, Inc.**
**Court:        United States Bankruptcy Court for the District of New Jersey**
**Case No.      20-19017 (RG) Ch. 7**

### Creditor Matrix/Service List

Elliot Sabbagh
1927 Homecrest Avenue
Brooklyn, NJ 11229

Reza Sadeghi
4337 Wendell Street
Bellaire, TX 7740

Vivek Sakhuja
5815 Autumn Fall Court
Sugar Land, TX 77479

Savithri Protected Cell
11520 Calico Lane
Houston, TX 77024

Gavin Scotti Jr.
16 Old Track Road
Greenwich, CT 06830

Gavin Scotti Sr.
516 Purchase Street
Rye, NY 10580

Vasudev & Shobha Shenoy
35 North Creekside Court
Houston, TX 77055

Mukesh Sinha
18706 South Bee Circle
Cypress. TX 77433

Paul Stamatis Jr.
10406 Charter Lake Circle
Katy, TX 77494

Sunean Investments, LP
ATTN:  Anil Odhav
1834 Cottage Landing
Houston, TX 77077

**Debtor:**      **Health Tech Harbor, Inc.**
**Court:**       **United States Bankruptcy Court for the District of New Jersey**
**Case No.**     **20-19017 (RG) Ch. 7**

## Creditor Matrix/Service List

Rupesh Vakil
4510 Maple Street
Bellaire, TX 77401

Pushpahas Vandoia
5911 Ashford Falls Lane
Sugar Land, TX 77479

Dan Wampler
50 Traditions Turn
Cincinnati, OH 45249

Wealthcare LLC
ATTN: Ramachandra Malya
212 E Crosstimbers Street 130
Houston, TX 77022

Dustin Wilson
PO Box 12971
Olympia, WA 98508

Lily Yang Loh
14222 Cloud Cliff Lane
Houston, TX 77077

United States Trustee
One Newark Center, Suite 2100
1085 Raymond Boulevard
Newark, NJ 07102

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Securities Exchange Commission
New York Regional Office
3 World Financial Center, Suite 400
New York, NY 10281-1022

**Debtor:**      **Health Tech Harbor, Inc.**
**Court:**       **United States Bankruptcy Court for the District of New Jersey**
**Case No.**     **20-19017 (RG) Ch. 7**

## <u>Creditor Matrix/Service List</u>

New Jersey Division of Taxation
Compliance and Enforcement – Bankruptcy Unit
3 John Fitch Way, 5th Floor
PO Box 245
Trenton, NJ 08695-0267