Order Filed on August 17, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br>HELLRING LINDEMAN GOLDSTEIN<br>  & SIEGAL LLP<br>Patricia A. Staiano, Esq.<br>Attorneys for Benjamin A. Stanziale,<br>   Chapter 7 Trustee<br>One Gateway Center<br>Newark, New Jersey 07102-5323<br>973.621.9020<br>pstaiano@hlgslaw.com | |
| In Re:<br><br>HEALTH TECH HARBOR, INC.,<br><br>                                  Debtors. | Case No. 20-19017 (RG)<br><br>Judge:  Rosemary Gambardella<br><br>Chapter 7 |

## ORDER AUTHORIZING RETENTION OF RK CONSULTANTS LLC AS ACCOUNTANTS FOR TRUSTEE

The relief set forth on the following page numbered two (2) is hereby ORDERED.

**DATED: August 17, 2021**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

rev. 8/1/15

Upon the applicant's request for authorization to retain RK Consultants LLC as Accountants for Benjamin A. Stanziale, Jr., Chapter 7 Trustee, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.

   The professional's address is: <u>1178 Broadway, 3rd FL 1505</u>

   <u>New York, NY 10001</u>

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is

   ☐ Granted    ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a Chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is July 26, 2021.

2

305556