United States Trustee

*Districts of Delaware and New Jersey*

NOTICE TO UNITED STATES TRUSTEE OF CHANGE OF NO-ASSET CHAPTER CASE TO ASSET CHAPTER 7 CASE

The following No-Asset Chapter 7 case should be designated as an Asset Chapter 7 case:

NAME OF CASE   Health Tech Harbor Inc.

CASE NUMBER   20-19017-RG

AMOUNT OF FUNDS ON HAND   Unknown

IF THERE ARE NO FUNDS ON HAND, BUT ASSETS THAT WILL PRODUCE FUNDS ON THIS ESTATE, INDICATE ACTUAL OR ESTIMATE VALUE OF THE ASSETS:

ACTUAL VALUE   Unknown

ESTIMATED VALUE   Unknown

OTHER INFORMATION RELATING TO STATUS OF CASE

SIGNATURE OF TRUSTEE   /s/ Benjamin A. Stanziale, Jr.

NAME OF TRUSTEE   Benjamin A. Stanziale, Jr.      DATED   9/20/21