| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b) |
| HELLRING LINDEMAN GOLDSTEIN & SIEGAL LLP |
| Bruce S. Etterman, Esq. |
| Attorneys for Plaintiff, Benjamin A. Stanziale, Jr., Chapter 7 Trustee for Health Tech Harbor, Inc. |
| One Gateway Center |
| Newark, New Jersey 07102-5323 |
| 973.621.9020 |
| bsetterman@hlgslaw.com |

**Order Filed on May 31, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

HEALTH TECH HARBOR, INC.,

               Debtor.

Case No. 20-19017 (RG)

Honorable Rosemary Gambardella

Chapter 7

## CONSENT ORDER RECLASSIFYING CLAIM NO. 72 OF KEITH GALLANT

The relief set forth on the following page numbered two (2) is hereby ORDERED.

**DATED: May 31, 2022**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtor:     HEALTH TECH HARBOR, INC

Case No.:   20-19017 (RG

CONSENT ORDER RECLASSIFYING CLAIM NO. 72 OF KEITH GALLANT

THIS MATTER having been brought before the Court by Hellring Lindeman Goldstein & Siegal LLP, attorneys for Benjamin A. Stanziale, Jr., Chapter 7 Trustee ("Trustee") for Health Tech Harbor, Inc. ("Debtor"); and the Trustee having determined that Proof of Claim No. 72 ("Claim") filed by Keith Gallant ("Gallant") as a priority wage claim is not entitled to priority treatment as it does not represent in any part a claim for wages within 180 days of the Debtor's bankruptcy filing and also vastly exceeds in amount the maximum allowable amount for a priority wage claim; and the Trustee further having determined not to seek the disallowance of said Claim based on its being filed one day after the claims bar date, due to the fact that Gallant moved and his address had changed from the address utilized by the Court to provide notice of the bar date; and Gallant having agreed to reclassify his priority unsecured claim as a general unsecured claim, as there is no valid basis for the Claim being classified as priority claim; and counsel for the Trustee and Gallant having executed this Order to indicate their consent to the reclassification of the Claim; and good cause for the making of the within Order having been shown, it is hereby

ORDERED that Claim No. 72 of Keith Gallant in this matter, a priority unsecured claim in the amount of $97, 642.00, be, and it hereby is, reclassified as a general unsecured claim in the same amount.

Debtor:   HEALTH TECH HARBOR, INC

Case No.:   20-19017 (RG

## CONSENT ORDER RECLASSIFYING CLAIM NO. 72 OF KEITH GALLANT

We hereby consent to the form
and entry of the within Order:

HELLRING LINDEMAN GOLDSTEIN
& SIEGAL LLP
Attorneys for Benjamin A. Stanziale, Jr.,
Chapter 7 Trustee for Health Tech
Harbor, Inc.

By:  /s/s Bruce S. Etterman                /s/ Keith Gallant
BRUCE S. ETTERMAN                  KEITH GALLANT

Dated:  May 19, 2022                Dated: May 18, 2022

3

332917