| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>DAL LAGO LAW, P.A.<br>Michael R. Dal Lago<br>Attorney for Creditor Ramachandra Malya<br>999 Vanderbilt Beach Road, Suite 200<br>Naples, FL 34108<br>239-571-6877<br>mike@dallagolaw.com | |
| In Re:<br><br>HEALTH TECH HARBOR, INC.<br><br>                            Debtor. | Case No.:    20-19017 (RG)<br><br>Chapter:    7<br><br>Judge:    Rosemary Gambardella |

## NOTICE OF SUBSTITUTION OF ATTORNEY

Under D.N.J. LBR 9010-2, the undersigned notifies the Court that __Dal Lago Law__ will be substituted as attorney of record for __Creditor__, __Ramachandra Malya__ in this case.[1]

Date: June 14, 2022

_____
Signature of Former Attorney
Cullen & Dykman, LLP
Matthew G. Roseman

Date: June 14, 2022

/s/ Michael R. Dal Lago
Signature of Substituted Attorney[2]

*rev.8/1/16*

---

[1] The client's name and role in the case must be clearly stated. For example, ABC Company, creditor, or John Smith, debtor.

[2] Under D.N.J. LBR 9010-2(b), unless another attorney is substituted, an attorney may not withdraw an appearance except by motion.