# EXHIBIT B

6/14/22, 7:18 PM

8 Orchard Dr, Purchase, NY 10577 | Zillow



Sign in







1 of 20

6 bd | 7 ba | 7,198 sqft

8 Orchard Dr, Purchase, NY 10577

Off market | Zestimate®: $2,411,900 | Rent Zestimate®: $12,164

Est. refi payment: $16,408/mo

Refinance your loan

Home value   Owner tools   Home

Get exclusive tools to track your home's value and update its details on Zillow. Learn more

Unlock owner dashboard

Home value



Zestimate







https://www.zillow.com/homedetails/8-Orchard-Dr-Purchase-NY-10577/33039142_zpid/

1/14