| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br>HELLRING LINDEMAN GOLDSTEIN<br>  & SIEGAL LLP<br>Patricia A. Staiano, Esq.<br>Attorneys for Benjamin A. Stanziale, Jr.<br>   Chapter 7 Trustee<br>One Gateway Center<br>Newark, New Jersey 07102-5323<br>973.621.9020<br>pstaiano@hlgslaw.com |
| In Re:<br><br>HEALTH TECH HARBOR, INC.,<br><br>                 Debtor. |

Case No. 20-19017 (RG)

Judge: Rosemary Gambardella

Chapter 7

Hearing Date: June 21, 2022
                    10:00 a.m.

## CERTIFICATION OF SERVICE

1. I, Barbara M. Johnson,

☐ represent the _____ in the above-captioned matter.

☒ am the secretary/paralegal for Patricia A. Staiano, Esq., who represents Benjamin A. Stanziale, Jr., Chapter 7 Trustee in the above captioned matter.

☐ am the _____ in the above case and am representing myself.

2. On June 17, 2022 or one business day thereafter, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below: Letter Memo in response to Objection filed on behalf of Ramachandra Malya, supporting Supplemental Certification of Karl Knechtel, CPA, supporting Certification of Patricia A. Staiano, Esq., and this Certification of Service.

2

       I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated:   June 17, 2022                      /s/ Barbara M. Johnson
                                                           BARBARA M. JOHNSON

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Fran B. Steele, Esq.<br>U.S. Department of Justice<br>Office of the U.S. Trustee<br>One Newark Center, Ste. 2100<br>Newark, NJ 07102 | United States Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail/RRR<br>☒ Other  ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Benjamin A. Stanziale, Jr., Esq.<br>Stanziale & Stanziale<br>2839 Route 10, Suite 102<br>Morris Plains NJ, 07950 | Chapter 7 Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail/RRR<br>☒ Other  ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Gregory S. Kinoian, Esq.<br>Gregory Kinoian Law LLC<br>8-15 Elaine Terrace<br>Fair Lawn, NJ 07410-5709 | Attorneys for Debtor, Health Tech Harbor, Inc. | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail/RRR<br>☒ Other  ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Daniel Stolz, Esq.<br>Genova Burns, LLC<br>110 Allen Road, Suite 304<br>Basking Ridge, NJ 07920 | Attorneys for DGN Pharmacy, Inc. d/b/a PersonalRX | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail/RRR<br>☒ Other  ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| Jeffrey L. Cohen, Esq.<br>Lowenstein Sandler LLP<br>1251 Avenue of the Americas<br>New York, NY 10020 | Attorneys for Genesis PRX Partners LLC | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail/RRR<br>☒ Other  Email<br>(As authorized by the Court or by rule. Cite the rule if applicable) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Michael R. Dal Lago, Esq.<br>Dal Lago Law, P.A.<br>999 Vanderbilt Beach Road, Suite 200<br>Naples, FL 34108 | Attorneys for Creditor, Ramachandra Malya | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail/RRR<br>☒ Other  ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| **Matthew G. Roseman, Esq.<br>Bonnie L. Pollack, Esq.<br>Cullen and Dykman LLP<br>One Riverfront Plaza, 5th Floor<br>1037 Raymond Blvd<br>Newark, NJ 07102<br>And<br>*David Edelberg, Esq.<br>Scarinci & Hollenbeck<br>1100 Valley Brook Avenue<br>PO Box 790<br>Lyndhurst, NJ 07071<br>And<br>*Elizabeth Usinger, Esq.<br>Cullen and Dykman LLP<br>100 Quentin Roosevelt Blvd.<br>Garden City, NY 11530 | Attorneys for Petitioning Creditors Whealthcare LLC , Madhavi Chenna, Ravi Chenna, Krishman Murthi Kurusamy, PH Vanodia, Aashish Pandya, Devesh Pandya, Doraraju Kurusamy, Lily Y. Loh, Umesh Kumar, Vijay Koka, Vishal Patel, Kavita Majithia, Sanjaykumar R. Kamani, Mohammed Armed, Manmath Panda | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail/RRR<br>☒ Other  * ECF - ** Email<br>(As authorized by the Court or by rule. Cite the rule if applicable) |
| *Phillip Pavlick, Esq.<br>*Jeffrey T. Testa, Esq.<br>McCarter & English, LLP<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, NJ 07102<br>And<br>Gregory Mascitti, Esq.<br>McCarter & English, LLP<br>Worldwide Plaza<br>825 Eighth Ave., 31st Floor<br>New York, NY 10019 | Attorneys for Petitioning Creditors Annette Catino and John Lloyd | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail/RRR<br>☒ Other  * ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable) |

2

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| *Joseph J. DiPasquale, Esq.<br>Fox Rothschild LLP<br>49 Market Street<br>Morristown, NJ 07960<br>And<br>Kevin J. Harrington, Esq.<br>Harrington Ocko Monk, LLP<br>81 Main Street, Suite 215<br>White Plains, NY 10601 | Attorney for Defendant, Han Benefit Advantage, Inc. d/b/a BenAdvance | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail/RRR<br>☒ Other  * ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable) |

rev.8/1/16

3

342166