| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-1(b) DAL LAGO LAW Michael R. Dal Lago Attorney for Creditor Ramachandra Malya 2 University Plaza Suite 100 Hackensack, NJ 07601 201-655-8414 mike@dallagolaw.com | |
| In Re: HEALTH TECH HARBOR, INC. Debtor. | Case No. 20-19017 (RG) Honorable Rosemary Gambardella Chapter 7 Hearing Date: June 28, 2022 at 10:00 a.m. |

<u>**NOTICE OF DEPOSITION**</u>

To:    Mr. Lawrence Margolis
       c/o Genova Burns
       110 Allen Road, Suite 304
       Basking Ridge, NJ 07920
       Attn: Daniel M. Stolz, Esq.

PLEASE TAKE NOTICE that the undersigned counsel for Creditor Ramachandra Malya, will take the deposition, by oral examination of:

NAME:        Lawrence Margolis

TIME:        10:00 a.m. until completed

DATE:        Friday, June 24, 2022

PLACE:       Zoom Video Hosted by Naples Court Reporting

             **https://us06web.zoom.us/j/81422363570?pwd=SEhSNHRPdkNNV U5hMmNkWmdHRGJqQT09**

             **Meeting ID: 814 2236 3570**
             **Passcode: 471411**

The deposition will be before a court reporter, notary public, or other officer duly authorized by law to take depositions. The deposition will be for the purposes of discovery, for use at trial, or for such other purposes as are permitted under the Bankruptcy Code.

**Dated**: June 23, 2022

Respectfully submitted,

**DAL LAGO LAW**

By: */s/ Michael R. Dal Lago*
Michael R. Dal Lago
2 University Plaza
Suite 100
Hackensack, NJ 07601
Email: mike@dallagolaw.com

<u>**Please use Florida Address**</u>:

999 Vanderbilt Beach Road
Suite 200
Naples, FL 34108
239-571-6877

*Counsel for Ramachandra Malya*