UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)
HELLRING LINDEMAN GOLDSTEIN
 & SIEGAL LLP
Bruce S. Etterman, Esq.
Attorneys for Benjamin A. Stanziale, Jr.,
 Chapter 7 Trustee for Health Tech Harbor, Inc.
One Gateway Center
Newark, New Jersey 07102-5323
973.621.9020
bsetterman@hlgslaw.com

**Order Filed on August 22, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

HEALTH TECH HARBOR, INC.,

               Debtor.

Case No. 20-19017 (RG)

Honorable Rosemary Gambardella

Chapter 7

## CONSENT ORDER REDUCING CLAIM NO. 69 OF DUSTIN WILSON

The relief set forth on the following page numbered two (2) is hereby ORDERED.

**DATED: August 22, 2022**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtor: Health Tech Harbor, Inc.
Case No. 20-19017 (RG)

CONSENT ORDER REDUCING CLAIM NO. 69 OF DUSTIN WILSON

---

THIS MATTER having been brought before the Court by Hellring Lindeman Goldstein & Siegal LLP, attorneys for Benjamin A. Stanziale, Jr., Chapter 7 Trustee ("Trustee") for Health Tech Harbor, Inc. ("Debtor"); and the Trustee and the claimant having agreed to the reduction of Proof of Claim No. 69 ("Claim") filed by Dustin Wilson ("Wilson") from a general unsecured claim of $170,000 to a general unsecured claim of $155,000 because of the insufficient support provided by Wilson for his Claim; and counsel for the Trustee and Wilson having executed this Order to indicate their consent to the reduction of the Claim; and good cause for the making of the within Order having been shown, it is hereby

ORDERED that:

1. Claim No. 69 of Dustin Wilson in this matter, a general unsecured claim in the amount of $170,000, be, and it hereby is, reduced to a general unsecured claim in the amount of $155,000; and

2. In accordance with this Court's Order of January 20, 2022, approving the Trustee's settlement with Han Benefit Advantage, Inc. d/b/a BenAdvance, among other parties, Dustin Wilson's above-stated reduced claim shall be further reduced by 22.77%, or by $35,293.50, to $119,706.50.

2

Debtor: Health Tech Harbor, Inc.
Case No. 20-19017 (RG)

CONSENT ORDER REDUCING CLAIM NO. 69 OF DUSTIN WILSON

We hereby consent to the form
and entry of the within Order:

HELLRING LINDEMAN GOLDSTEIN
& SIEGAL LLP

Attorneys for Benjamin A. Stanziale, Jr.,
Chapter 7 Trustee for Health Tech
Harbor, Inc.

By: /s/ Bruce S. Etterman
BRUCE S. ETTERMAN

/s/ Dustin Wilson
DUSTIN WILSON

Dated: August 11, 2022

Dated: August 3, 2022

3

352476