**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**<u>FEE APPLICATION COVER SHEET</u>**

| | | | |
|---|---|---|---|
| Debtor: | Health Tech Harbor, Inc. | Applicant: | Hellring Lindeman Goldstein & Siegal LLP |
| Case No.: | 20-19017 (RG) | Client: | Benjamin A. Stanziale, Jr., Trustee |
| Chapter: | 7 | Case Filed: | July 29, 2020 |

**SECTION I**
**FEE SUMMARY**

☒ Interim Fee Application No. 1 or    ☐ Final Fee Application

| | FEES | EXPENSES |
|---|---|---|
| Total Previous Fee Requested: | $ | $ |
| Total Fees Allowed To Date: | $ | $ |
| Total Retainer (If Applicable) | $ | $ |
| Total Holdback (If Applicable) | $ | $ |
| Total Received By Applicant | $ | $ |

| NAME OF PROFESSIONAL & TITLE | YEAR ADMITTED (Or Years of Professional Service) | HOURS | RATE | FEE |
|---|---|---|---|---|
| Patricia A. Staiano, Esq. | 1986 | 325.40 | $600 | $195,240.00 |
| Bruce S. Etterman, Esq. | 1984 | 288.20 | $500 | $144,100.00 |
| TOTALS | | 613.60 | | $339,340.00 |

| | |
|---|---|
| Fee Totals: | $339,340.00 |
| Disbursements Totals: | 2,662.91 |
| Total Fee Application Request: | $342,002.91 |

# SECTION II
# SUMMARY OF SERVICES

|   | **SERVICES RENDERED** | **HOURS** | **FEE** |
|---|---|---|---|
| a) | **Asset Analysis and Recovery**<br>Identification and review of potential assets including causes of action and non-litigation recoveries. | 129.90 | $73,160.00 |
| b) | **Asset Disposition**<br>Sales, leases, abandonment and related transaction work. | 0.00 | 0.00 |
| c) | **Avoidance Action Litigation**<br>Preferences and fraudulent transfer litigation. | 0.90 | 480.00 |
| d) | **Business Operations**<br>Issues related to debtor-in-possession operating in Chapter 11 such as employee, vendor, tenant issues and other similar problems. | 0.00 | 0.00 |
| e) | **Case Administration**<br>Coordination and compliance activities, including preparation of statement of financial affairs, schedules, list of contracts, United States Trustee interim statements and operating reports; contacts with the United States Trustee; general creditor inquiries | 7.20 | 4,310.00 |
| f) | **Claims Administration and Objection**<br>Specific claim inquires; bar date motions; analyses, objections and allowances of claims. | 79.70 | 42,360.00 |
| g) | **Employee Benefits/Pensions**<br>Review issues such as severance, retention, 401K coverage and continuance of pension plan. | 0.00 | 0.00 |
| h) | **Fee/Employment Applications**<br>Preparation of employment and fee applications for self or others; motions to establish interim procedures. | 13.10 | 7,460.00 |
| i) | **Fee/Employment Objections**<br>Review of objections to the employment and fee applications of others. | 0.00 | 0.00 |
| j) | **Financing**<br>Matters under 361, 363 and 364 including cash collateral and secured claims; loan document analysis. | 0.00 | 0.00 |
| k) | **Litigation**<br>Other than Avoidance Action Litigation (there should be a separate category established for each major matter). | 349.00 | 192,340.00 |
| l) | **Meetings of Creditors**<br>Preparing for and attending the conference of creditors, the 341(a) meeting and other creditors' committee meetings. | 9.20 | 5,460.00 |
| m) | **Plan and Disclosure Statement**<br>Formulation, presentation and confirmation; compliance with the plan confirmation order, related orders and rules; disbursement and case closing activities, except those related to allowance and objections to allowance of claims. | 0.00 | 0.00 |
| n) | **Relief from Stay Proceedings**<br>Matters relating to termination or continuation of automatic stay under 362. | 0.00 | 0.00 |

*rev. 10/1/15*

| | | | |
|---|---|---:|---:|
| o) | **Accounting/Auditing**<br>Activities related to maintaining and auditing books of account, preparation of financial statements and account analysis. | 2.80 | 1,680.00 |
| p) | **Business Analysis**<br>Preparation and view of company business plan; development and review of strategies; preparation and review of cash flow forecasts and feasibility studies. | 0.00 | 0.00 |
| q) | **Corporate Finance**<br>Review financial aspects of potential mergers, acquisitions and disposition of company or subsidiaries. | 0.00 | 0.00 |
| r) | **Data Analysis**<br>Management information systems review, installation and analysis, construction, maintenance and reporting of significant case financial data, lease rejection, claims, etc. | 10.80 | 6,090.00 |
| s) | **Litigation Consulting**<br>Providing consulting and expert witness services related to various bankruptcy matters such as insolvency, feasibility, avoiding actions; forensic accounting, etc. | 6.30 | 3,450.00 |
| t) | **Reconstruction Accounting**<br>Reconstructing books and records from past transactions and bringing accounting current. | 0.00 | 0.00 |
| u) | **Tax Issues**<br>Analysis of tax issues and preparation of state and federal tax returns | 4.70 | 2,550.00 |
| v) | **Valuation**<br>Appraise or review appraisals of assets | 0.00 | 0.00 |
| w) | **Travel Time** | 0.00 | 0.00 |
| y) | **Other** (specify category) | 0.00 | 0.00 |
| | **SERVICES TOTALS** | 613.60 | $339,340.00 |

3

*rev. 10/1/15*

## SECTION III
## SUMMARY OF DISBURSEMENTS

| | DISBURSEMENTS | AMOUNT |
|---|---|---|
| | **Filing Fees**<br>Payable to Clerk of Court. | $ 0.00 |
| x) | **Computerized Assisted Legal Research**<br>Westlaw, Lexis and a description of manner calculated. | 846.14 |
| y) | **Pacer Fees**<br>Payable to the Pacer Service Center for search and/or print. | 49.10 |
| z) | **Fax**<br>Include per page fee charged. | 0.00 |
| aa) | **Case Specific Telephone/Conference Call Charges**<br>Exclusive of overhead charges. | 1,367.85 |
| bb) | **In-House Reproduction Services**<br>Exclusive of overhead charges. | 27.30 |
| cc) | **Outside Reproduction Services**<br>Including scanning services. | 154.70 |
| dd) | **Other Research**<br>Title searches, UCC searches, Asset searches, Accurint. | 0.00 |
| ee) | **Court Reporting**<br>Transcripts. | 0.00 |
| ff) | **Travel**<br>Mileage, tolls, airfare, parking. | 0.00 |
| gg) | **Courier & Express Carriers**<br>Overnight and personal delivery. (Messenger/Courier and FedEx) | 23.52 |
| hh) | **Postage** | 194.30 |
| ii) | **Other (specify)** | 0.00 |
| | **DISBURSEMENTS TOTAL:** | **$2,662.91** |

I certify under penalty of perjury that the above is true.

Date:   September 14, 2022              /s/ Patricia A. Staiano
                                        Signature  PATRICIA A. STAIANO