Form 137 − aplccmpn

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 20−19017−RG
Chapter: 7
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Health Tech Harbor, Inc.
   20 Murray Hill Parkway
   Ste 210
   East Rutherford, NJ 07073

Social Security No.:

Employer's Tax I.D. No.:
   47−3074907

**NOTICE OF HEARING ON APPLICATION FOR COMPENSATION**

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Rosemary Gambardella on:

Date:      10/25/22
Time:      10:00 AM
Location:  Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Compensation for RK Consultants LLC, Accountant

COMMISSION OR FEES
$178,670.00

EXPENSES
$74.60

If this is a chapter 13 case, the fees and expenses awarded:

☐   will not reduce the amount to be paid to general unsecured
    creditors under the plan.

☐   will reduce the amount to be paid to general unsecured
    creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: September 21, 2022
JAN:

                                                               Jeanne Naughton
                                                               Clerk

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 20-19017-RG |
| Health Tech Harbor, Inc. | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 7 |
| Date Rcvd: Sep 21, 2022 | Form ID: 137 | Total Noticed: 163 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++++ | Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Health Tech Harbor, Inc., 20 Murray Hill Parkway, Ste 210, East Rutherford, NJ 07073-2164 |
| aty | + | Kevin J. Harrington, Harrington Ocko Monk, LLP, 81 Main Street, Suite 215, White Plains, NY 10601-1719 |
| ptcrd | + | Doraraju Kurusamy, 5202 Jericho Court, Houston, TX 77091-5657 |
| cr | + | Han Benefit Advantage, Inc., c/o Lowenstein Sandler LLP, Attn: Joseph J. DiPasquale, Esq., Attn: Arielle B. Adler, Esq., One Lowenstein Drive Roseland, NJ 07068-1740 |
| ptcrd | | John Lloyd, 105 Washington Ave, Avon by Sea, NJ 07717-1320 |
| ptcrd | + | Kavita Majithia, 7110 Argonne Trail, Sugarland, TX 77479-4479 |
| ptcrd | | Krishnan Murthi Kurusamy, Blk 728, Clementi West Street 2, #12-410, SINGAPORE |
| ptcrd | + | Lily Y. Loh, 14222 Cloud Cliff Lane, Houston, TX 77077-1783 |
| ptcrd | | Madhavi Chenna, 4818 Cedar Circle, Missouri City, TX 77459 |
| cr | + | Manmath Panda, c/o McCarter & English, LLP, Attn: Jeffrey T. Testa, Esq., 100 Mulberry Street, Four Gateway Center Newark, NJ 07102-4062 |
| md | + | Morris S. Bauer, Norris, McLaughlin & Marcus, P.A., 400 Crossing Boulevard, 8th Floor, Bridgewater, NJ 08807-2863 |
| ptcrd | + | PH Vanodia, 5911 Ashford Falls Lane, Sugar Land, TX 77479-3535 |
| ptcrd | + | Ramachandra Malya, 247 Piney Point Road, Houston, TX 77024-7302 |
| ptcrd | | Ravi Chenna, 4818 Cedar Circle, Missouri City, TX 77459 |
| ptcrd | + | Sanjaykumar R Kamani, 3405 Radha Lane, Houston, TX 77018-6259 |
| ptcrd | + | Umesh Kumar, 15027 Rockdale Bridge Lane, Sugar Lane, TX 77498-5067 |
| ptcrd | + | Vishal Patel, 5815 Dayln Court, Spring, TX 77379-8279 |
| ptcrd | | Whealthcare LLC, c/o Ramachandra Malya, 212 E. Timbers Street, #170, Houston, TX 77022 |
| 519352475 | | 1478756 Alberta Ltd, 114 Crescent Road NW, Calgary, Alberta T2M4A1, Attn: Brett Allan Sorenson |
| 519353040 | + | 1478756 Alberta Ltd, c/o Cullen and Dykman LLP, 100 Quentin Roosevelt Blvd., Garden City, NY 11530-4850, Attn: Bonnie L. Pollack, Esq. |
| 519352524 | + | Aashish Pandya, c/o Cullen and Dykman LLP, 100 Quentin Roosevelt Blvd., Garden City, NY 11530-4850, Attn: Bonnie L. Pollack, Esq. |
| 519282317 | + | Aashish Pandya, 3915 Case Street, Houston, TX 77005-3603 |
| 519282263 | | Aboyoun Dobbs LLC, ATTN: Joseph Aboyoun, Esq., 77 Bloomfield Avenue, Pine Brook, NJ 07058 |
| 519282283 | + | Alan & Stephen Glombicki, 2001 Holcombe Boulevard, Houston, TX 77030-4222 |
| 519282264 | | Alberta Ltd 1478756, ATTN Brett Sorensen, 358 5222 130 Avenue SE, Calgary Alberta Canada T2Z OG4 |
| 519282271 | + | Amito Chandiwal, 28419 Tall Juniper Hill Drive, Katy, TX 77494-1957 |
| 519352955 | + | Amito Chandiwal, c/o Cullen and Dykman LLP, 100 Quentin Roosevelt Blvd., Garden City, NY 11530-4850, Attn: Bonnie L. Pollack, Esq. |
| 519348890 | + | Andrew L. Goodenough, 42 Glendale Ave., Rye, NY 10580-1504 |
| 519352879 | + | Ankush Verma and Yulia Lyubkina, c/o Cullen and Dykman LLP, 100 Quentin Roosevelt Blvd., Garden City, NY 11530-4850, Attn: Bonnie L. Pollack, Esq. |
| 519352755 | + | Annette Catino, c/o Cullen and Dykman LLP, 100 Quentin Roosevelt Blvd., Garden City, NY 11530-4850, Attn: Bonnie L. Pollack, Esq. |
| 519282270 | + | Annette Catino, 28 Fox Hedge Rd., Colts Neck, NJ 07722-1247 |
| 519282310 | + | Anthony Milone, 38 Saint Roche Ave, Unit F, Greenwich, CT 06830-2201 |
| 519352505 | + | Anuradha Malya, c/o Cullen and Dykman LLP, 100 Quentin Roosevelt Blvd, Garden City, NY 11530-4850, Attn: Bonnie L. Pollack, Esq |
| 519454443 | + | Astute Consulting, c/o Cullen and Dykman LLP, 100 Quentin Roosevelt Boulevard, Garden City, NY 11530-4850, Attn: Bonnie L. Pollack, Esq. |
| 519282268 | + | Ben Advance, ATTN: Anthony Milone, CEO, 411 Theodore Fremd Avenue, Rye, NY 10580-1410 |
| 519352513 | + | Biagio Graffagnino, c/o Cullen and Dykman LLP, 100 Quentin Roosevelt Blvd., Garden City, NY 11530-4850, Attn: Bonnie L. Pollack, Esq. |
| 519282287 | + | Biagio Graffagnino, 155-21 Bridgeton Street, Howard Beach, NY 11414-2809 |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 7 |
| Date Rcvd: Sep 21, 2022 | Form ID: 137 | Total Noticed: 163 |

| | | |
|---|---|---|
| 519282280 | + | Cheryl Fine, 83 Prestbury Lane, Somerset, NJ 08873-4783 |
| 519282277 | ++++ | DUANE MORRIS LLP, ATTN: MORRIS S. BAUER, ESQ., ONE RIVERFRONT PLAZA, 1 RIVERFRONT PLZ STE 10, NEWARK NJ 07102-5436 address filed with court:, Duane Morris LLP, ATTN: Morris S. Bauer, Esq., One Riverfront Plaza, 1037 Raymond Boulevard, Suite 1899, Newark, NJ 07102-5429 |
| 519282343 | + | Dan Wampler, 50 Traditions Turn, Cincinnati, OH 45249-2105 |
| 519348887 | + | Daniel J Wampler, 50 Traditions Turn, Cincinnati, OH 45249-2105 |
| 519282273 | | David Cherry, 6 Derryhirk Road, Tullyroan, Dungannon, Co.TyRone BT71GNH N Ireland |
| 519454446 | + | Deep Patel, c/o Cullen and Dykman LLP, 100 Quentin Roosevelt Boulevard, Garden City, NY 11530-4850, Attn: Bonnie L. Pollack, Esq. |
| 519282319 | + | Deep Patel, 10749 Belle Maisons Drive, Orlando, FL 32832-5134 |
| 519282318 | + | Devesh Pandya, 6538 Brompton Road, Houston, TX 77005-3904 |
| 519282297 | + | Doraraju Kurausamy, 5202 Jericho Court, Houston, TX 77091-5657 |
| 519352948 | + | Doraraju Kurusamy, c/o Cullen and Dykman LLP, 100 Quentin Roosevelt Blvd., Garden City, NY 11530-4850, Attn: Bonnie L. Pollack, Esq. |
| 519352956 | + | Dr. Devesh Pandya, c/o Cullen and Dykman LLP, 100 Quentin Roosevelt Blvd., Garden City, NY 11530-4850, Attn: Bonnie L. Pollack, Esq. |
| 519352876 | + | Dr. Vijay Koka, c/o Cullen and Dykman LLP, 100 Quentin Roosevelt Blvd., Garden City, NY 11530-4850, Attn: Bonnie L. Pollack, Esq. |
| 519282345 | + | Dustin Wilson, PO Box 12971, Olympia, WA 98508-2971 |
| 519282331 | + | Elliot Sabbagh, 1927 Homecrest Avenue, Brooklyn, NJ 11229-2709 |
| 519282335 | + | Gavin Scotti Jr., 16 Old Track Road, Greenwich, CT 06830-6283 |
| 519282336 | | Gavin Scotti Sr., 516 Purchase Street, Rye, NY 10580 |
| 519458907 | + | Gavin Scotti, Jr., Farrell Fritz, P.C., 400 RXR Plaza, Attn: Patrick Collins, Uniondale, NY 11556-0120 |
| 519458903 | + | Gavin Scotti, Sr., Farrell Fritz, P.C., 400 RXR Plaza, Attn: Patrick Collins, Uniondale, NY 11556-0120 |
| 519282284 | + | Goodenough Associates, ATTN: Andy Goodenough, 42 Glendale Road, Rye, NY 10580-1504 |
| 519471980 | + | Goodwin Procter LLP, 100 Northern Avenue, Boston, MA 02210-1980 |
| 519282285 | + | Goodwin Procter LLP, ATTN: Steve Davis, 620 8th Avenue, New York, NY 10018-1618 |
| 519352975 | + | Greenwave 97, c/o Cullen and Dykman LLP, 100 Quentin Roosevelt Blvd., Garden City, NY 11530-4850, Attn: Bonnie L. Pollack, Esq. |
| 519282289 | + | Han Alliance Group, ATTN: Anthony Milone, CEO, 411 Theodore Fremd Avenue, Rye, NY 10580-1490 |
| 519282290 | + | Han Benefit Advantage, Inc. (d/b/a BenAdvance), ATTN: Anthony Milone, CEO, 411 Theodore Fremd Avenue, Rye, NY 10580-1490 |
| 519352759 | + | Harikrishna Patel, c/o Cullen and Dykman LLP, 100 Quentin Roosevelt Blvd., Garden City, NY 11530-4850, Attn: Bonnie L. Pollack, Esq. |
| 519282291 | + | Harrington Ocko & Monk LLP, ATTN: Kevin J. Harrington, Esq., 81 Main Street, Suite 215, White Plains, NY 10601-1719 |
| 519282292 | + | Health Alliance Network (HAN), ATTN: Anthony Milone, CEO, 411 Theodore Fremd Avenue, Rye, NY 10580-1490 |
| 519352511 | + | Joe Luken, c/o Cullen and Dykman LLP, 100 Quentin Roosevelt Blvd., Garden City, NY 11530-4850, Attn: Bonnie L. Pollack, Esq. |
| 519352512 | + | Joe Lukens, c/o Cullen and Dykman LLP, 100 Quentin Roosevelt Blvd., Garden City, NY 11530-4850, Attn: Bonnie L. Pollack, Esq. |
| 519282301 | + | Joe Lukens, 4381 W Gulf Drive, Sanibel, FL 33957-5105 |
| 519355329 | + | John Lloyd, c/o Cullen and Dykman LLP, 100 Quentin Roosevelt Blvd., Garden City, NY 11530-4850, Attn: Bonnie L. Pollack, Esq. |
| 519282266 | + | Joseph Alfano, 3 Hambletonian Drive, Colts Neck, NJ 07722-2121 |
| 519352944 | + | Joseph Alfano, c/o Cullen and Dykman LLP, 100 Quentin Roosevelt Blvd., Garden City, NY 11530-4850, Attn: Bonnie L. Pollack, Esq. |
| 519282304 | + | Kavita Majithia, 7110 Argonne Trail, Sugar Land, TX 77479-4479 |
| 519352750 | + | Kavita Majithia, c/o Cullen and Dykman LLP, 100 Quentin Roosevelt Blvd., Garden City, NY 11530-4850, Attn: Bonnie L. Pollack, Esq. |
| 519466081 | + | Keith Gallant, 11160 Abbotts Station Drive, Johns Creek, GA 30097-5715 |
| 519352986 | + | Krishna Raman, c/o Cullen and Dykman LLP, 100 Quentin Roosevelt Blvd., Garden City, NY 11530-4850, Attn: Bonnie L. Pollack, Esq. |
| 519282311 | | Krishnan Murthi Durusamy, BLK 728, Clementi West Street 2, 12 410, Singapore 12078 |
| 519352751 | + | Krishnan Murthi Kurusamy, c/o Cullen and Dykman LLP, 100 Quentin Roosevelt Blvd., Garden City, NY 11530-4850, Attn: Bonnie L. Pollack, Esq. |
| 519282299 | + | Law Offices of Mitchell J. Malzberg, LLC, 6 E Main Street Suite 5122, Clinton, NJ 08809-2627 |
| 519282309 | + | Lawrence Margolis, 8 Orchard Drive, Purchase, NY 10577-2205 |
| 519352978 | + | Lily Y. Loh, c/o Cullen and Dykman LLP, 100 Quentin Roosevelt Blvd., Garden City, NY 11530-4850, Attn: Bonnie L. Pollack, Esq. |
| 519282346 | + | Lily Yang Loh, 14222 Cloud Cliff Lane, Houston, TX 77077-1783 |
| 519282315 | + | Manmath Panda, 25611 Pipestone Glen Lane, Katy, TX 77494-8566 |
| 519352529 | + | Manmath Panda, c/o Cullen and Dykman LLP, 100 Quentin Roosevelt Blvd., Garden City, NY 11530-4850, Attn: Bonnie L. Pollack, Esq. |
| 519282307 | + | Marcum LLP, 730 3rd Avenue 11th Floor, New York, NY 10017-3216 |
| 519282313 | | Maria Olskaia, 1290 Anthorne Lane, Boynton Beach, FL 33436 |
| 519352483 | + | Maria Olskaia, c/o Cullen and Dykman LLP, 100 Quentin Roosevelt Blvd., Garden City, NY 11530-4850, Attn: Bonnie L. Pollack, Esq |
| 519325182 | + | Mark Chrisiana, 5280 N Ocean Drive Apt 14F, Singer Island, FL 33404-2614 |
| 519282275 | + | Mark Christiana, 99 Biltmore Avenue, Rye, NY 10580-1837 |
| 519282279 | + | Michael Fina, 8701 Shore Road, Apt 341, Brooklyn, NY 11209-4243 |
| 519352954 | + | Michael Fina, c/o Cullen and Dykman LLP, 100 Quentin Roosevelt Blvd., Garden City, NY 11530-4850, Attn: Bonnie L. Pollack, Esq. |
| 519352883 | + | Mohammed Ashfaq Ahmed, c/o Cullen and Dykman LLP, 100 Quentin Roosevelt Blvd., Garden City, NY 11530-4850, Attn: Bonnie L. Pollack, Esq. |
| 519282265 | + | Mohammed Ashfar Ahmed, 1514 Westfield Street, Pearland, TX 77581-6220 |
| 519352756 | + | Mukesh Sinha, c/o Cullen and Dykman LLP, 100 Quentin Roosevelt Blvd., Garden City, NY 11530-4850, Attn: Bonnie L. Pollack, Esq. |
| 519282338 | | Mukesh Sinha, 18706 South Bee Circle, Cypress. TX 77433 |
| 519282320 | + | Nehal Patel, 1631 North Loop West 460, Houston, TX 77008-1528 |
| 519352958 | + | Nilkanth Patel, c/o Cullen and Dykman LLP, 100 Quentin Roosevelt Blvd., Garden City, NY 11530-4850, Attn: Bonnie L. Pollack, Esq. |

Case 20-19017-RG   Doc 176   Filed 09/23/22   Entered 09/24/22 00:16:18   Desc Imaged
Certificate of Notice   Page 5 of 9

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 7 |
| Date Rcvd: Sep 21, 2022 | Form ID: 137 | Total Noticed: 163 |

| | | |
|---|---|---|
| 519282312 | + | Nilkanth Patel Trustee, ATTN: Mithil Patel, 8520 Jensen Drive, Houston, TX 77093-7510 |
| 519352506 | + | Nitin Mahajan, c/o Cullen and Dykman LLP, 100 Quentin Roosevelt Blvd, Garden City, NY 11530-4850, Attn: Bonnie L. Pollack, Esq |
| 519282303 | + | Nitin Mahajan, 43 West Shale Creek Circle, Spring, TX 77382-5509 |
| 519282325 | + | PKF OConnor Davies, 20 Commerce Drive Suite 301, Cranford, NJ 07016-3618 |
| 519352507 | + | Paul Bing, c/o Cullen and Dykman LLP, 100 Quentin Roosevelt Blvd., Garden City, NY 11530-4850, Attn: Bonnie L. Pollack, Esq. |
| 519282269 | + | Paul Bing, 2010 Royal Dawns Drive, Katy, TX 77450-8561 |
| 519352952 | + | Paul Gerardi, c/o Cullen and Dykman LLP, 100 Quentin Roosevelt Blvd., Garden City, NY 11530-4850, Attn: Bonnie L. Pollack, Esq. |
| 519282282 | + | Paul Gerardi, 33 Van Etten Boulevard, New Rochelle, NY 10804-2319 |
| 519352478 | + | Paul Stamatis, c/o Cullen and Dykman LLP, 100 Quentin Roosevelt Blvd, Garden City, NY 11530-4850, Attn: Bonnie L. Pollack, Esq. |
| 519282339 | + | Paul Stamatis Jr., 10406 Charter Lake Circle, Katy, TX 77494-8583 |
| 519282323 | + | Prabhugouda Patil, 1100 Uptown Park Boulevard 123, Houston, TX 77056-3284 |
| 519352752 | + | Prabhugouda Patil, c/o Cullen and Dykman LLP, 100 Quentin Roosevelt Blvd., Garden City, NY 11530-4850, Attn: Bonnie L. Pollack, Esq. |
| 519352502 | + | Prakash Interest Limited LP, c/o Cullen and Dykman LLP, 100 Quentin Roosevelt Blvd, Garden City, NY 11530-4850, Attn: Bonnie L. Pollack, Esq. |
| 519282324 | + | Prakash Interest Limited, LP, ATTN: Rahul Prakash, 12335 Kingsride Lane 311, Houston, TX 77024-4116 |
| 519282314 | + | Priya & Joseph Oolut, 5707 Camden Springs Lane, Sugar Land, TX 77479-1988 |
| 519352482 | + | Priya Oolut, c/o Cullen and Dykman LLP, 100 Quentin Roosevelt Blvd, Garden City, NY 11530-4850, Attn: Bonnie L. Pollack, Esq |
| 519282342 | + | Pushpahas Vandoia, 5911 Ashford Falls Lane, Sugar Land, TX 77479-3535 |
| 519352537 | + | Pushpahas Vanodia, c/o Cullen and Dykman LLP, 100 Quentin Roosevelt Blvd., Garden City, NY 11530-4850, Attn: Bonnie L. Pollack, Esq. |
| 519282327 | + | Radha Holdings LLC, ATTN: Nitin Puri, 342 Boston Road, Chelmsford, MA 01824-4800 |
| 519352523 | + | Rahul Pandey, c/o Cullen and Dykman LLP, 100 Quentin Roosevelt Blvd., Garden City, NY 11530-4850, Attn: Bonnie L. Pollack, Esq. |
| 519282316 | + | Rahul Pandey, 5903 Yango Terrace Lane, Sugar Land, TX 77479-4384 |
| 519449788 | + | Rajiv Lal, c/o Cullen and Dykman LLP, 100 Quentin Roosevelt Blvd., Garden City, NY 11530-4850, Attn: Bonnie L. Pollack, Esq. |
| 519282298 | + | Rajiv Lal, 1923 Mystic Arbor Lane, Houston. TX 77077-3547 |
| 519282305 | + | Ramachandra Malya, 212 E Crosstimbers Street 170, Houston, TX 77022-4464 |
| 519355320 | + | Ramachandra Malya, c/o Cullen and Dykman LLP, 100 Quentin Roosevelt Blvd., Garden City, NY 11530-4850, Attn: Bonnie L. Pollack, Esq. |
| 519282272 | + | Ravi & Madhavi Chenna, 4818 Big Cedar Circle, Missouri City, TX 77459-4168 |
| 519352757 | + | Ravi Chenna and Madhavi Chenna, c/o Cullen and Dykman LLP, 100 Quentin Roosevelt Blvd., Garden City, NY 11530-4850, Attn: Bonnie L. Pollack, Esq. |
| 519352533 | + | Reza Sadeghi, c/o Cullen and Dykman LLP, 100 Quentin Roosevelt Blvd., Garden City, NY 11530-4850, Attn: Bonnie L. Pollack, Esq. |
| 519352473 | + | Rhada Holdings, LLC, 342 Boston Road, Chelmsford, MA 01824-4800 |
| 519353038 | + | Rhada Holdings, LLC, c/o Cullen and Dykman LLP, 100 Quentin Roosevelt Blvd., Garden City, NY 11530-4850, Attn: Bonnie L. Pollack, Esq. |
| 519352534 | + | Robert Chicoine, c/o Cullen and Dykman LLP, 100 Quentin Roosevelt Blvd., Garden City, NY 11530-4850, Attn: Bonnie L. Pollack, Esq. |
| 519282274 | + | Robert Chicoine Jr, 56 Wrights Mill Road, Armonk, NY 10504-1130 |
| 519282329 | + | Roberta Rosenast, 1304 Midland Avenue Apt C24, Yonkers, NY 10704-1441 |
| 519282306 | + | Rohith Malya, 723 Wycliffe Drive, Houston, TX 77079-3509 |
| 519352580 | + | Rohith Malya, c/o Cullen and Dykman LLP, 100 Quentin Roosevelt Blvd., Garden City, NY 11530-4850, Attn: Bonnie L. Pollack, Esq. |
| 519282341 | + | Rupesh Vakil, 4510 Maple Street, Bellaire, TX 77401-5811 |
| 519282328 | + | S. Ramakrishnan & Krishna Kunar Raman, 21212 NW Freeway 335, Cypress, TX 77429-5886 |
| 519282286 | + | Sadasivareddy Goli, 12908 Lakeparc Bend Drive, Cypress, TX 77429-6191 |
| 519352886 | + | Sadasivareddy Goli, c/o Cullen and Dykman LLP, 100 Quentin Roosevelt Blvd., Garden City, NY 11530-4850, Attn: Bonnie L. Pollack, Esq. |
| 519282294 | + | Sanjaykumar Kamani, 3405 Radha Lane, Houston, TX 77018-6259 |
| 519353037 | + | Sanjaykumar Kamani, c/o Cullen and Dykman LLP, 100 Quentin Roosevelt Blvd., Garden City, NY 11530-4850, Attn: Bonnie L. Pollack, Esq. |
| 519282334 | + | Savithri Protected Cell, 11520 Calico Lane, Houston, TX 77024-5207 |
| 519352545 | + | Savrithi Trust a/k/a Savrithi Protected Cell, c/o Cullen and Dykman LLP, 100 Quentin Roosevelt Blvd., Garden City, NY 11530-4850, Attn: Bonnie L. Pollack, Esq. |
| 519282321 | + | Shil & Harikrishna Patel, 11202 North Granite Street, Dunlap, IL 61525-7524 |
| 519449790 | + | Sunean Investments, c/o Cullen and Dykman LLP, 100 Quentin Roosevelt Boulevard, Garden City, NY 11530-4850, Attn: Bonnie L. Pollack, Esq. |
| 519282340 | + | Sunean Investments, LP, ATTN: Anil Odhav, 1834 Cottage Landing, Houston, TX 77077-1925 |
| 519282296 | + | Umesh Kumar, 15027 Rockdale Bridge Lane, Sugar Land, TX 77498-5067 |
| 519352976 | + | Umesh Kumar, c/o Cullen and Dykman LLP, 100 Quentin Roosevelt Blvd., Garden City, NY 11530-4850, Attn: Bonnie L. Pollack, Esq. |
| 519282347 | | United States Trustee, One Newark Center, Suite 2100, 1085 Raymond Boulevard, Newark, NJ 07102 |
| 519282337 | + | Vasudev & Shobha Shenoy, 35 North Creekside Court, Houston, TX 77055-7542 |
| 519352884 | + | Vasudev B. Shenoy and Shobha Shenoy, c/o Cullen and Dykman LLP, 100 Quentin Roosevelt Blvd., Garden City, NY 11530-4850, Attn: Bonnie L. Pollack, Esq. |
| 519282295 | + | Vijay Koka, 4307 Roundtree Lane, Missouri City, TX 77459-3184 |
| 519282322 | + | Vishal Patel, 5815 Daylin Court, Spring, TX 77379-8279 |
| 519352538 | + | Vishal Patel and Sureka Patel, c/o Cullen and Dykman LLP, 100 Quentin Roosevelt Blvd., Garden City, NY 11530-4850, Attn: Bonnie L. Pollack, Esq. |

Case 20-19017-RG    Doc 176    Filed 09/23/22    Entered 09/24/22 00:16:18    Desc Imaged
                              Certificate of Notice    Page 6 of 9

| District/off: 0312-2 | User: admin | Page 4 of 7 |
|---|---|---|
| Date Rcvd: Sep 21, 2022 | Form ID: 137 | Total Noticed: 163 |

| | | |
|---|---|---|
| 519352761 | + | Vivek Sakhuja, c/o Cullen and Dykman LLP, 100 Quentin Roosevelt Blvd., Garden City, NY 11530-4850, Attn: Bonnie L. Pollack, Esq. |
| 519282333 | + | Vivek Sakhuja, 5815 Autumn Fall Court, Sugar Land, TX 77479-4239 |
| 519282344 | + | Wealthcare LLC, ATTN: Ramachandra Malya, 212 E Crosstimbers Street 130, Houston, TX 77022-4409 |
| 519455051 | + | Whealthcare LLC, c/o Cullen and Dykman LLP, 100 Quentin Roosevelt Blvd., Garden City, NY 11530-4850, Attn: Bonnie L. Pollack, Esq. |
| 519282308 | + | William Margiloff, 63 Island Drive, Rye, NY 10580-4300 |
| 519282326 | + | William Rabetz, 117 Remington Road, Manhasset, NY 11030-2726 |
| 519282330 | + | Yegeny Rudashevsky, 14432 Chester Avenue, Saratoga, CA 95070-5627 |
| 519282302 | + | Yulia Lyubkina & Ankush Verma, 3908 Hazard Street, Houston, TX 77098-2506 |

TOTAL: 157

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Sep 21 2022 20:25:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 21 2022 20:25:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519282348 | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 21 2022 20:25:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519282293 | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 21 2022 20:27:02 | JP Morgan Chase, 270 Park Avenue, New York, NY 10017 |
| 519282350 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Sep 21 2022 20:25:00 | New Jersey Division of Taxation, Compliance and Enforcement Bankruptcy, 3 John Fitch Way, 5th Floor, PO Box 245, Trenton, NJ 08695-0267 |
| 519282349 | Email/Text: nyrobankruptcy@sec.gov | Sep 21 2022 20:25:00 | Securities Exchange Commission, New York Regional Office, 3 World Financial Center, Suite 400, New York, NY 10281-1022 |

TOTAL: 6

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| ptcrd | *+ | Aashish Pandya, 3915 Case Street, Houston, TX 77005-3603 |
| ptcrd | *+ | Annette Catino, 28 Fox Hedge Rd., Colts Neck, NJ 07722-1247 |
| ptcrd | *+ | Devesh Pandya, 6538 Brompton Road, Houston, TX 77005-3904 |
| ptcrd | *+ | Manmath Panda, c/o McCarter & English, LLP, Attn: Jeffrey T. Testa, Esq., 100 Mulberry Street, Four Gateway Center, Newark, NJ 07102-4062 |
| ptcrd | *+ | Vijay Koka, 4307 Roundtree Lane, Missouri City, TX 77459-3184 |
| 519352880 | *+ | Ankush Verma & Yulia Lyubkina, c/o Cullen and Dykman LLP, 100 Quentin Roosevelt Blvd., Garden City, NY 11530-4850, Attn: Bonnie L. Pollack, Esq. |
| 519450087 | *+ | Cheryl Fine, 83 Prestbury Lane, Somerset, NJ 08873-4783 |
| 519463583 | * | Dustin Wilson, PO Box 12971, OLympia, WA 98508-2971 |
| 519450086 | *+ | Lawrence Margolis, 8 Orchard Drive, Purchase, NY 10577-2205 |
| 519282267 | ##+ | Astute Consulting LLC, ATTN: Narjit Patel, 10749 Belle Maisons Drive, Orlando, FL 32832-5134 |
| 519282278 | ##+ | EssFull, ATTN: Keith Gallant, 11210 Crofton Overlook Court, Duluth, GA 30097-1949 |
| 519282288 | ##+ | Greenwave 97 LLC, ATTN: Shalin Patel, 3115 Brighton Sky Lane, Katy, TX 77494-4067 |
| 519282300 | ##+ | John Lloyd, 11 Mohawk Avenue, Oceanport, NJ 07757-1619 |
| 519282281 | ##+ | Michael Fitzpatrick, 10141 Heronwood Lane, West Palm Beach, FL 33412-1523 |
| 519282332 | ##+ | Reza Sadeghi, 4337 Wendell Street, Bellaire, TX 77401-5213 |
| 519282276 | ##+ | Stephen Columbia, 15 Cordis Street, Charlestown, MA 02129-3302 |

TOTAL: 0 Undeliverable, 9 Duplicate, 7 Out of date forwarding address

# NOTICE CERTIFICATION

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 5 of 7 |
| Date Rcvd: Sep 21, 2022 | Form ID: 137 | Total Noticed: 163 |

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2022             Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 21, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Benjamin A. Stanziale, Jr. | on behalf of Trustee Benjamin A. Stanziale Jr. trustee@stanzialelaw.com, nj45@ecfcbis.com |
| Benjamin A. Stanziale, Jr. | trustee@stanzialelaw.com nj45@ecfcbis.com |
| Bruce S. Etterman | on behalf of Trustee Benjamin A. Stanziale Jr. bsetterman@hlgslaw.com |
| Daniel Stolz | on behalf of Interested Party DGN Pharmacy Inc. dstolz@genovaburns.com, dstolz@ecf.inforuptcy.com;msousa@genovaburns.com |
| David Edelberg | on behalf of Petitioning Creditor Lily Y. Loh dedelberg@sh-law.com edelbergdr82964@notify.bestcase.com |
| David Edelberg | on behalf of Petitioning Creditor Devesh Pandya dedelberg@sh-law.com edelbergdr82964@notify.bestcase.com |
| David Edelberg | on behalf of Petitioning Creditor Krishnan Murthi Kurusamy dedelberg@sh-law.com edelbergdr82964@notify.bestcase.com |
| David Edelberg | on behalf of Petitioning Creditor Vijay Koka dedelberg@sh-law.com edelbergdr82964@notify.bestcase.com |
| David Edelberg | on behalf of Petitioning Creditor Umesh Kumar dedelberg@sh-law.com edelbergdr82964@notify.bestcase.com |
| David Edelberg | on behalf of Petitioning Creditor Sanjaykumar R Kamani dedelberg@sh-law.com edelbergdr82964@notify.bestcase.com |
| David Edelberg | on behalf of Petitioning Creditor Whealthcare LLC dedelberg@sh-law.com edelbergdr82964@notify.bestcase.com |
| David Edelberg | on behalf of Petitioning Creditor Ramachandra Malya dedelberg@sh-law.com edelbergdr82964@notify.bestcase.com |
| David Edelberg | on behalf of Petitioning Creditor PH Vanodia dedelberg@sh-law.com edelbergdr82964@notify.bestcase.com |
| David Edelberg | on behalf of Petitioning Creditor Doraraju Kurusamy dedelberg@sh-law.com edelbergdr82964@notify.bestcase.com |
| David Edelberg | on behalf of Petitioning Creditor Kavita Majithia dedelberg@sh-law.com edelbergdr82964@notify.bestcase.com |
| David Edelberg | on behalf of Petitioning Creditor Vishal Patel dedelberg@sh-law.com edelbergdr82964@notify.bestcase.com |
| David Edelberg | on behalf of Petitioning Creditor Aashish Pandya dedelberg@sh-law.com edelbergdr82964@notify.bestcase.com |
| David Edelberg | on behalf of Petitioning Creditor Manmath Panda dedelberg@sh-law.com edelbergdr82964@notify.bestcase.com |
| David Edelberg | on behalf of Creditor Manmath Panda dedelberg@sh-law.com edelbergdr82964@notify.bestcase.com |

| District/off: 0312-2 | User: admin | Page 6 of 7 |
|---|---|---|
| Date Rcvd: Sep 21, 2022 | Form ID: 137 | Total Noticed: 163 |

David Edelberg
    on behalf of Petitioning Creditor Ravi Chenna dedelberg@sh-law.com edelbergdr82964@notify.bestcase.com

David Edelberg
    on behalf of Petitioning Creditor Mohammed Ahmed dedelberg@sh-law.com edelbergdr82964@notify.bestcase.com

David Edelberg
    on behalf of Petitioning Creditor Madhavi Chenna dedelberg@sh-law.com edelbergdr82964@notify.bestcase.com

Elizabeth Usinger
    on behalf of Petitioning Creditor Devesh Pandya eusinger@cullenanddykman.com
ndee@cullenanddykman.com;bpollack@cullenanddykman.com;mroseman@cullenanddykman.com;eaboulafia@cullenanddykman.com

Elizabeth Usinger
    on behalf of Petitioning Creditor Manmath Panda eusinger@cullenanddykman.com
ndee@cullenanddykman.com;bpollack@cullenanddykman.com;mroseman@cullenanddykman.com;eaboulafia@cullenanddykman.com

Elizabeth Usinger
    on behalf of Petitioning Creditor Vishal Patel eusinger@cullenanddykman.com
ndee@cullenanddykman.com;bpollack@cullenanddykman.com;mroseman@cullenanddykman.com;eaboulafia@cullenanddykman.com

Elizabeth Usinger
    on behalf of Petitioning Creditor Ravi Chenna eusinger@cullenanddykman.com
ndee@cullenanddykman.com;bpollack@cullenanddykman.com;mroseman@cullenanddykman.com;eaboulafia@cullenanddykman.com

Elizabeth Usinger
    on behalf of Petitioning Creditor Umesh Kumar eusinger@cullenanddykman.com
ndee@cullenanddykman.com;bpollack@cullenanddykman.com;mroseman@cullenanddykman.com;eaboulafia@cullenanddykman.com

Elizabeth Usinger
    on behalf of Petitioning Creditor Ramachandra Malya eusinger@cullenanddykman.com
ndee@cullenanddykman.com;bpollack@cullenanddykman.com;mroseman@cullenanddykman.com;eaboulafia@cullenanddykman.com

Elizabeth Usinger
    on behalf of Petitioning Creditor Aashish Pandya eusinger@cullenanddykman.com
ndee@cullenanddykman.com;bpollack@cullenanddykman.com;mroseman@cullenanddykman.com;eaboulafia@cullenanddykman.com

Elizabeth Usinger
    on behalf of Petitioning Creditor Sanjaykumar R Kamani eusinger@cullenanddykman.com
ndee@cullenanddykman.com;bpollack@cullenanddykman.com;mroseman@cullenanddykman.com;eaboulafia@cullenanddykman.com

Elizabeth Usinger
    on behalf of Petitioning Creditor PH Vanodia eusinger@cullenanddykman.com
ndee@cullenanddykman.com;bpollack@cullenanddykman.com;mroseman@cullenanddykman.com;eaboulafia@cullenanddykman.com

Elizabeth Usinger
    on behalf of Petitioning Creditor Whealthcare LLC eusinger@cullenanddykman.com
ndee@cullenanddykman.com;bpollack@cullenanddykman.com;mroseman@cullenanddykman.com;eaboulafia@cullenanddykman.com

Elizabeth Usinger
    on behalf of Petitioning Creditor Mohammed Ahmed eusinger@cullenanddykman.com
ndee@cullenanddykman.com;bpollack@cullenanddykman.com;mroseman@cullenanddykman.com;eaboulafia@cullenanddykman.com

Elizabeth Usinger
    on behalf of Petitioning Creditor Vijay Koka eusinger@cullenanddykman.com
ndee@cullenanddykman.com;bpollack@cullenanddykman.com;mroseman@cullenanddykman.com;eaboulafia@cullenanddykman.com

Elizabeth Usinger
    on behalf of Petitioning Creditor Madhavi Chenna eusinger@cullenanddykman.com
ndee@cullenanddykman.com;bpollack@cullenanddykman.com;mroseman@cullenanddykman.com;eaboulafia@cullenanddykman.com

Elizabeth Usinger
    on behalf of Petitioning Creditor Lily Y. Loh eusinger@cullenanddykman.com
ndee@cullenanddykman.com;bpollack@cullenanddykman.com;mroseman@cullenanddykman.com;eaboulafia@cullenanddykman.com

Elizabeth Usinger
    on behalf of Petitioning Creditor Krishnan Murthi Kurusamy eusinger@cullenanddykman.com
ndee@cullenanddykman.com;bpollack@cullenanddykman.com;mroseman@cullenanddykman.com;eaboulafia@cullenanddykman.com

| | |
|---|---|
| Elizabeth Usinger | on behalf of Petitioning Creditor Kavita Majithia eusinger@cullenanddykman.com ndee@cullenanddykman.com;bpollack@cullenanddykman.com;mroseman@cullenanddykman.com;eaboulafia@cullenanddykman.com |
| Elizabeth Usinger | on behalf of Petitioning Creditor Doraraju Kurusamy eusinger@cullenanddykman.com ndee@cullenanddykman.com;bpollack@cullenanddykman.com;mroseman@cullenanddykman.com;eaboulafia@cullenanddykman.com |
| Fran B. Steele | on behalf of U.S. Trustee United States Trustee Fran.B.Steele@usdoj.gov |
| Gregory S Kinoian | on behalf of Debtor Health Tech Harbor Inc. gkinoian@gmail.com |
| Gregory S Kinoian | on behalf of Plaintiff Health Tech Harbor Inc. gkinoian@gmail.com |
| Jeffrey Thomas Testa | on behalf of Petitioning Creditor Annette Catino jtesta@mccarter.com lrestivo@mccarter.com |
| Jeffrey Thomas Testa | on behalf of Petitioning Creditor John Lloyd jtesta@mccarter.com lrestivo@mccarter.com |
| Joseph J. DiPasquale | on behalf of Defendant Han Benefit Advantage Inc. d/b/a Benadvance Jdipasquale@foxrothschild.com, cbrown@foxrothschild.com;msteen@foxrothschild.com |
| Michael Dal Lago | on behalf of Petitioning Creditor Ramachandra Malya mike@dallagolaw.com kim@dallagolaw.com |
| Patricia A. Staiano | on behalf of Accountant RK Consultants LLC pstaiano@hlgslaw.com pstaiano@hlgslaw.com |
| Patricia A. Staiano | on behalf of Trustee Benjamin A. Stanziale Jr. pstaiano@hlgslaw.com, pstaiano@hlgslaw.com |
| Phillip Pavlick | on behalf of Petitioning Creditor Annette Catino ppavlick@mccarter.com |
| Phillip Pavlick | on behalf of Petitioning Creditor John Lloyd ppavlick@mccarter.com |
| Seth L. Dobbs | on behalf of Interested Party DGN Pharmacy Inc. sdobbs@aboylaw.com, TJANNICELLI@ABOYOUNDOBBS.COM |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| United States Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 53