| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br>HELLRING LINDEMAN GOLDSTEIN<br>  & SIEGAL LLP<br>Patricia A. Staiano, Esq.<br>Attorneys for Benjamin A. Stanziale, Jr.<br>  Chapter 7 Trustee<br>One Gateway Center<br>Newark, New Jersey 07102-5323<br>973.621.9020<br>pstaiano@hlgslaw.com |
| In Re:<br><br>HEALTH TECH HARBOR, INC.,<br><br>                    Debtor. |

Order Filed on October 27, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 20-19017 (RG)

Judge: Rosemary Gambardella

Chapter 7

Hearing Date: October 25, 2022
                        at 10:00 a.m.

ORDER FOR FIRST INTERIM FEE ALLOWANCES FOR RK CONSULTANTS
LLC, ACCOUNTANTS FOR BENJAMIN A. STANZIALE, JR.,
CHAPTER 7 TRUSTEE, FOR ALLOWANCE OF COMPENSATION
AND REIMBURSEMENT OF OUT-OF POCKET EXPENSES

The relief set forth on the following pages numbered two (2) is hereby ORDERED.

DATED: October 27, 2022

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtor:    HEALTH TECH HARBOR, INC.
Case No.   20-19017 (RG)

ORDER FOR FIRST INTERIM FEE ALLOWANCES FOR RK CONSULTANTS LLC, ACCOUNTANTS FOR BENJAMIN A. STANZIALE, JR., CHAPTER 7 TRUSTEE, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF OUT-OF POCKET EXPENSES

---

THIS MATTER being opened to the Court upon the Application of RK Consultants LLC, Accountants for Benjamin A. Stanziale, Jr., Chapter 7 Trustee, for payment of first interim allowances and reimbursement of out-of-pocket expenses; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and the Court having read and considered the Application of RK Consultants LLC; and good cause appearing therefore, it is hereby

354676

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| RK Consultants LLC | $178,670.00 | $74.60 |

2